Rizwan A. Qureshi (*pro hac vice*)
Email: rqureshi@reedsmith.com
REED SMITH LLP
3101 K St. NW
Washington, D.C. 20005
Telephone: +1 202 414 9200
Facsimile: +1 212 414 9299

Jay K. Simmons (*pro hac vice*)
Email: jay.simmons@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6044

*Attorneys for Applicant
Jean-Frédéric Paulsen*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| *In re* Application of Jean-Frédéric Paulsen for an Order Directing Discovery from Namecheap, Inc., Pursuant to 28 U.S.C. § 1782 | Case No.: _____ <br><br> **DECLARATION OF RIZWAN A. QURESHI IN SUPPORT OF APPLICATION FOR ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782** |

I, Rizwan A. Qureshi, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Reed Smith LLP, attorneys of record for applicant Jean-Frédéric Paulsen ("Applicant" or "Mr. Paulsen") in this matter.

2. I am fully familiar with the facts and circumstances set forth herein and submit this Declaration in support of Mr. Paulsen's *Ex Parte* Application, pursuant to 28 U.S.C. § 1782, for assistance in aid of a foreign proceeding.

3. Attached hereto as **Exhibit A** is a true and correct copy of the subpoena for the production of documents that Petitioner seeks to serve on respondent Namecheap, Inc.

4. Attached hereto as **Exhibit B** is a true and correct copy of the deposition subpoena that Petitioner seeks to serve on respondent Namecheap, Inc.

5. Attached hereto as **Exhibit C** is a true and correct copy of the document commencing the criminal proceeding currently pending before the Portuguese Public Prosecutor's Office in Lisbon, Portugal, bearing the caption *Jean-Frédéric Paulsen v. Searchpotential – Unipessoal, Lda & Omar Imad Abdul-Hamid*.

6. Attached hereto as **Exhibit D** is a true and correct copy of a Proposed Order granting Mr. Paulsen's *Ex Parte* Application, pursuant to 28 U.S.C. § 1782, for assistance in aid of a foreign proceeding, and ordering respondent Namecheap, Inc. to implement a litigation hold.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 20th day of December, 2024

          REED SMITH LLP

          By: */s/ Rizwan A. Qureshi*

          Rizwan A. Qureshi (*pro hac vice*)
          *Attorney for Applicant Jean-Frédéric Paulsen*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: _____   – 2 –