# EXHIBIT C



Sociedade de Advogados, SP, RL

### TRANSLATION CERTIFICATION

#### Registration no. 13841L / 2453

*(In accordance with Article 38 of Decree-Law No. 76-A/2006 of 29 March and Ordinance No. 657-B/2006 of 29 June)*

**Luís Miguel Antunes Reis**, Lawyer, with office located at Rua Castilho, 13D – 3º A, 1250-066 Lisbon, holder of the Professional License no. 13841L issued by the Regional Council of Lisbon, Taxpayer no. 207 246 556, hereby **certifies**, pursuant to Article 1(3) of Decree-Law No. 28/2000 of 13 March, that on this date Mariana Monteiro Palma, single, of legal age, born in 01.08.1998, resident at Rua dos Escritores, n.º 7, 9.º A – 2685-207 - Portela de Sacavém, Loures, appeared before me in this office, whose identity was verified by presenting the Citizen Card no. 15185025, valid thru 18.08.2026, who submitted to me the translation from Portuguese to English of a document entitled "**CERTIFICATE OF COMPLAINT REGISTRATION**" *("Certificado de Registo de Denúncia")*, issued on 1 October 2024 by the Public Prosecutor's Office - Lisbon District Prosecutor's Office – DIAP, 3rd Section of Lisbon, duly apostilled with Apostille of The Hague Convention under no. 15274-2024 on 7 October 2024, composed of thirty five (35) pages, duly numbered and initialled. The translator further declared, under a sworn statement, that said translation was done by her and faithfully and accurately reproduces the original document attached, for which she declared to assume full and complete responsibility.

Lisbon, 14 October 2024

The Lawyer

**LUÍS MIGUEL ANTUNES REIS**
ADVOGADO
Cont. 207 246 556 - Céd. 13841L
Rua Castilho, 13-D - 3º A
1250-066 Lisboa
Tel. 213 566 710 *** Fax: 213 566 719

The Translator



*(Original text in this page presented in Portuguese, French, and English. Please refer to the English text.)*



S. R.

## PROCURADORIA-GERAL REGIONAL DO PORTO

Ref.ª/réf./ref.

### APOSTILLE

#### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country: **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **ANA PAULA M.SALGADO**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the  capacity of **Técnico de Justiça Auxiliar**

4. E tem o selo de/est revêtu du sceau de/bears the seal of **MINISTÉRIO PÚBLICO - PROCURADORIA DA REPÚBLICA DA COMARCA DE LISBOA - DIAP- 3.ª SECÇÃO DE LISBOA**

#### Reconhecido/Attesté/Certified

5. Em/à/at **Porto**

6. A /le /the **7 de outubro de 2024**

7. Pelo Procurador-Geral Regional/par le Procureur Général régional /by the    Regional Prosecutor General

8. Sob o nº /sous le nº /Nº **15274-2024**

9. Selo/sceau/seal

10. Assinatura/signature/signature

    José Norberto Ferreira Martins

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do ato atuou e o selo/carimbo que consta do ato. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*

1/35

> Public
> Prosecutor's
> Office seal

**Public Prosecutor's Office - Lisbon District Prosecutor's Office**
**DIAP – 3rd Section of Lisbon**
Av. D. João II, n.º 1.08.01, Building C D and E – 1990-097 Lisbon
Tel: 213188600 Fax: 211545160 email: lisboa.diap@tribunais.org.pt

*Reference: 438820548*                    *Investigation Procedure 914/24.2TELSB*

### CERTIFICATE OF COMPLAINT REGISTRATION
(Article 247(6) of the Portuguese Criminal Procedure Code)

Ana Paula M. Salgado, Assistant Justice Technician working for the DIAP – 3rd Section of Lisbon – Public Prosecutor's Office - Lisbon District Prosecutor's Offiice:

**CERTIFIES THAT,** after reviewing the computer records existing in this Office, it is confirmed that an Investigation file with the NUIP *(Unique Process Identification Number)* No. 914/24.2TELSB is herein registered, for the crime of aggravated attempted swindle, committed on   , in which:

Victim: Jean-Frédéric Paulsen

Reported: Searchpotential – Unipessoal, Lda and Omar Imad Abdul-Hamid

**IN ADDITION,** she certifies that the aforementioned complaint was received by this Office on 17-09-2024 00:00:00, and that the attached copies are true copies of the complaint, duly certified.

**SHE FURTHER CERTIFIES** that it is intended to support proceedings to be carried out by the complainant before the entities and authorities of the United States of America.

This document is signed and authenticated by me.

Lisbon, 01-10-2024.

The Assistant Justice Technician
Ana Paula M. Salgado
*(illegible signature)*

> DIAP Lisbon
> ACCOUNT no. 210.2024
> 45 PAGES _____20.45 €
> _ PHOTOCOPIES _ €
> _COSTS_____ €
> TOTAL_____ 20.45€
> ARE twenty euro and
> forty cents
> *(ilegible signature)*
> 3 October 2024

> Lisbon Central
> Investigation
> And
> Prosecution
> Department
> seal



**M&A**

Sociedade de Advogados, SP, RL

RDA as Investigation Procedure (attempted aggravated swindle).

\*

I record that:
- After conducting searches in Progest, no PAPs related with the reported entities were detected.
- After reviewing open sources, it was determined that the domain paulsen-ge.com is not made available and has not been registered by national entities.

\*

Lisbon, 09/08/2024
*(illegible signature)*



914/24.2TELSB

PUBLIC PROSECUTOR'S OFFICE
CENTRAL
INVESTIGATION
PROSECUTION DEP.
AND

LODGED

8 AUGUST 2024

Entry no. 13220

**PUBLIC PROSECUTOR'S OFFICE**

**LISBON DISTRICT PROSECUTOR'S OFFICE**

**LISBON CENTRAL INVESTIGATION AND**

**PROSECUTION DEPARTMENT**

2

Ilegible
signatue

Ilegible
signatue

**HONOURABLE MAGISTRATE OF THE PUBLIC PROSECUTOR'S OFFICE,**

**JEAN-FRÉDÉRIC PAULSEN,** of Georgian nationality, resident at 37 Viktor Jorbenadze St, Tbilisi, 0103 Georgia, holder of the Passport number 21AA33110, valid thru 01/06/2032, issued by the competent authorities of Georgia

hereby files

**A CRIMINAL COMPLAINT**

against

**SEARCHPOTENTIAL – UNIPESSOAL, LDA,** limited liability company, with registered office at Rua Tierno Galvan, Amoreiras, Torre 3, 4 405, 1070-274 Lisbon, with the NIPC (legal entity identification number) 517818540, with the institutional email address FMT@FMTAVARES.PT;

**OMAR IMAD ABDUL-HAMID**, beneficiary owner of SEARCHPOTENTIAL – UNIPESSOAL, LDA, born on 10 February 1994, of Danish nationality, with the Portuguese Taxpayer Number 321572556, whose residence in Portugal is unknown, but with the residence stated in the incorporation documents of the first Reported Party, at Ronningsve 12, st. TV 2400 Kobenhavn NV, Copenhagen, Denmark,

**UNKNOWN PARTIES**,

in the following terms and on the following grounds,

**I – THE FACTS**

1.  The Complainant, **JEAN-FRÉDÉRIC PAULSEN**, was to receive funds in the amount of €1,500,000.00 (one million five hundred thousand euros), which were to be paid to him by means of a

Ilegible
signatue

M&A – Antunes Reis & Associados – Sociedade de Advogados, SP, RL

Rua Castilho, 13D – 3º A, 1250-066 Lisboa | Tel (+351) 213 566 710 | Fax (+351) 213 566 719 | lawfirm@malaw.pt | www.malaw.pt

3/35

**M&A**

Sociedade de Advogados, SP, RL

3

llegible
signatue

transfer to a bank account held by him with a bank located in Georgia.

2. The first Reported Party, **SEARCHPOTENTIAL - UNIPESSOAL, LDA**, is a private limited company with a share capital of €1,000.00, with registered office in Lisbon, incorporated on 26 October, 2023, whose corporate purpose is the wholesale trade of all types of products, trading, import and export activities, the provision of consultancy and advisory services in the development, implementation and monitoring of business structures, the valuation of businesses, companies, all types of goods, their promotion and management, and activities related with the aforementioned, with registered office in Lisbon, with the institutional email address FMT@FMTAVARES.PT (as per <u>Docs. 1 and 2</u> hereto attached).

3. The second Reported Party, **OMAR IMAD ABDUL-HAMID**, is the sole shareholder and legal director of the second Reported party, SEARCHPOTENTIAL – UNIPESSOAL, LDA and its beneficiary owner (as per <u>Docs. 1 and 2</u> hereto attached).

4. The Complainant is the holder of the email address jean-frederic@paulsen.ge,

5. And has as his assistant Ilona Kenkadze, holder of the email address ilona.kenkadze@paulsen.ge, with this same email address usually copied ("*cc*") on any emails related with any matter concerning the Complainant.

6. The Complainant has as his Lawyer Eric Turner, holder of the email address ericturner@mbev.com.

7. His financial officer is Jan Liljequist, holder of the email address jl@altaweb.ch.

8. On **16 February 2024**, emails were sent and received between Eric Turner, the Complainant, his assistant Ilona Kenkadze and Jan Liljequist, concerning the transfer of €1,500,000.00 to the aforementioned bank account held by Jean-Frédéric Paulsen, with a bank located in Georgia.

9. It so happens that several of these emails were sent from, and to, fraudulent email addresses, namely: Jean-Frederic@paulsen-ge.com and ilona.kenkadze@paulsen-ge.com, as will be evidenced below.

llegible
signatue

9135

**M&A**

Sociedade de Advogados, SP, RL

4    | Ilegible signatue |

| Ilegible signatue |

10. On **16 February 2024**, **at 4:26am**, through the email address ericturner@mbev.com, the following message was written, which is herein transcribed (as per. <u>Doc. 3</u>):

"Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:

Beneficiary name:: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL
SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.

Very Kind Regards,

Eric".

11. This email was not written by Eric Turner, neither were the subsequent emails on the same date.

12. Thus, on **16 February 2024**, **at 12:19pm**, through the email address ericturner@mbev.com, the following message was sent to the email addresses jl@altaweb.ch, Jean-Frederic@paulsen.ge, with copy to the email address

| Ilegible signatue |

**M&A**

Sociedade de Advogados, SP, RL

5

Ilegible
signatue

ilona.kenkadze@paulsen-ge.com, which is herein transcribed (as per <u>Doc. 3</u>):

>"Dear Jan,
>
>I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
>I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:
>
>BANK TRANSFER INSTRUCTIONS IN EURO:
>Beneficiary name: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL
>SWIFT: BCOMPTPLXXX
>
>BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL
>
>IBAN EUR: PT50003300004572073844405
>
>Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
>
>Very Kind Regards,
>
>Eric
>
>Attachment: the signed loan agreement".

13. On the same day, **16 February 2024, at the same time, 12:19pm**, through the same email address ericturner@mbev.com, the following email was sent to the email addresses jl@altaweb.ch, Jean-Frederic@paulsen.ge, with copy to the email address ilona.kenkadze@paulsen-ge.com, which is herein transcribed (as per. <u>Doc. 3</u>):

Ilegible
signatue

# M&A
## Sociedade de Advogados, SP, RL

6

Ilegible
signatue

Ilegible
signatue

"Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.

I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary name:: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.

Very Kind Regards,

Eric

Attachment: information on "your" bank account in Portugal".

14. Also on **16 February 2024, at 1:20pm**, through the email address ericturner@mbev.com, the following message was sent to the email addresses jl@altaweb.ch and Jean-Frederic@paulsen.ge, with copy to the email address ilona.kenkadze@paulsen-ge.com, which is herein transcribed (as per. Doc. 3):

"Dear Jan,

Ilegible
signatue



*M&A*

Sociedade de Advogados, SP, RL

7

Ilegible
signatue

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.

I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:

Beneficiary name:: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.

Very Kind Regards,

Eric

Attachment: the signed loan agreement".

15. The above-transcribed emails were sent by someone who, posing as Eric Turner, accessed a sequence of emails with multiple recipients,

16. Among them, a fraudulent email address: jean-frederic@paulsen-ge.com instead of jean-frederic@paulsen.ge, thereby creating the illusion that the Complainant was aware of all communications,

17. One of which was sent via the latter fraudulent email address (domain paulsen-ge.com), as per paragraph 24 below.

Ilegible
signatue

**M&A**

Sociedade de Advogados, SP, RL

Ilegible
signatue

8

Ilegible
signatue

18. In these same communications, the assistant of Jean- Frédéric Paulsen, Ilona Kenkadze, was also copied, but through the use of a fraudulent email address: ilona.kenkadze@paulsen-ge.com instead of ilona.kenkadze@paulsen-ge.

19. In these messages, it was requested that a pre-agreed transfer between the parties in the amount of €1,500,000.00 (one million five hundred thousand euros) was made to a bank account with IBAN PT50003300004572073844405, with BANCO COMERCIAL PORTUGUÊS, Millenium BCP, located at Av. de Moscavide 44, 1885-062 Moscavide, Portugal, with the beneficiary's address indicated as AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL.

20. On the same day, **16 February 2024, at 1:26pm**, the Complainant, **JEAN-FRÉDÉRIC PAULSEN,** still unaware of the fraudulent activity in question, through his email address jean-frederic@paulsen.ge, sent a message to his Lawyer, Eric Turner, and his financial officer, Jan Liljequist, to the email addresses ericturner@mbev.com and jl@altaweb.ch, with copy to the email address ilona.kenkadze@paulsen-ge.com, requesting that the transfer of the funds should be made to his account in Georgia, and not to the account in Portugal (as per. Doc. 3):

> "Dear both,
> Just to note that I would not like to receive funds in Portugal but rather in my georgian bank account directly.
>
> Many thanks,
> JFP".

21. In that same email communication, Jean- Frédéric Paulsen copied his assistant Ilona Kenkadze, without realizing that her email address he was using, ilona.kenkadze@paulsen-ge.com, was fraudulent.

22. This was followed by the sending and receiving of new emails, without the Complainant, his Lawyer and the financial officer realizing their fraudulent origin.

23. Thus, on that same day **16 February 2024, at 1:27pm**, through the email address EricTurner@mbev.com, the following message was sent to the email addresses

Ilegible
signatue

**M&A**

Sociedade de Advogados, SP, RL

Ilegible
signatue

jl@altaweb.ch and Jean-Frederic@paulsen-ge.com, with copy to the email address ilona.kenkadze@paulsen-ge.com, which is herein transcribed (as per. Doc. 3):

"Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary name:: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.

Very Kind Regards,

Eric".

24. On **16 February 2024, at 1:30pm**, through the email address Jean-Frederic@paulsen-ge.com, the fraudulent one, the following message was sent to the email addresses EricTurner@mbev.com and jl@altaweb.ch, with copy to the email address ilona.kenkadze@paulsen-ge.com, which is herein transcribed:

Ilegible
signatue

**M&A**

Sociedade de Advogados, SP, RL

Ilegible signatue

Ilegible signatue

"Dear both,

Just to note that I would like to receive funds on my account. I have attached my details again.

Beneficiary name:: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL IBAN EUR: PT50003300004572073844405

Many thanks,

JFP".

25. On the same day, **16 February 2024, at 1:36pm**, through the email address EricTurner@mbev.com, the following message was sent to the email addresses Jean-Frederic@paulsen-ge.com and jl@altaweb.ch, with copy to the email address ilona.kenkadze@paulsen-ge.com, which is herein transcribed (as per. Doc. 3):

"Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.

I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:

Beneficiary name:: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

Ilegible signatue

*M&A*

Sociedade de Advogados, SP, RL

11

Ilegible
signatue

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.

Very Kind Regards,

Eric".

26. **The three preceding emails were sent to, or through, the fraudulent email addresses of Jean-Frédéric Paulsen and Ilona Kenkadze: Jean-Frederic@paulsen-ge.com and ilona.kenkadze@paulsen-ge.com.**

27. Finaly, on **16 February 2024, at 4:19pm** through the email address EricTurner@mbev.com, the following message was sent to the email addresses jl@altaweb.ch and Jean-Frederic@paulsen.ge, with copy to the email address ilona.kenkadze@paulsen-ge.com, which is herein transcribed (as per. <u>Doc. 3</u>):

"Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:

Beneficiary name:: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

Ilegible
signatue

1c135

**M&A**

Sociedade de Advogados, SP, RL

Ilegible signature

Ilegible signatue

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards,

Eric".

28. The email address of Ilona Kenkadze copied in that message, ilona.kenkadze@paulsen-ge.com, is fraudulent.

29. On **17 February 2024, at 6:51am**, through the email address jl@altaweb.ch, the following message was sent to the email addresses EricTurner@mbev.com, with copy to the email addresses jean-frederic@paulsen.ge and ilona.kenkadze@paulsen-ge.com, which is herein transcribed (as per. <u>Doc. 3</u>):

"Dear Eric,

<u>The funds have been received on the Fernland account at ZKB.</u>
**<u>The transfer to the bank account of JFP in Portugal is with value date on Monday, 19.2.</u>**
I'll send the payment confirmation as soon as the transfer has been executed
Kind regards.
Jan". (our underlining and bold)

30. The email address of Ilona Kenkadze copied in that message, ilona.kenkadze@paulsen-ge.com, is fraudulent.

31. Upon receiving this message, on the same day, **17 February 2024, at 9:45am**, the Complainant, through his email address jean-frederic@paulsen.ge, sent to the email addresses jl@altaweb.ch and EricTurner@mbev.com, with copy to ilona.kenkadze@paulsen-ge.com, the information that he did not have a Portuguese

Ilegible signatue

*M&A*

Sociedade de Advogados, SP, RL

13

Ilegible
signatue

bank account, as transcribed (as per. <u>Doc. 3</u>):

> "Dear both
>
> **I do not have a portuguese account** (to my knowledge…) JFP." (our underlining and bold)

32. Once again without realizing it, the message that was sent copying his assistant Ilona Kenkadze, was addressed to the fraudulent email address ilona.kenkadze@paulsen-ge.com.

33. Following the message from Jean-Frédéric Paulsen informing that he did not have a Portuguese bank account, and the discussions it prompted with its recipients, the parties involved became aware of the fraudulent activity surrounding the email correspondence exchanged on 16 and 17 February 2024, as transcribed above.

34. Subsequently, immediate measures were taken before a Swiss Bank, which blacklisted the bank account with Banco Comercial Português mentioned in those emails throughout the entire territory of Switzerland.

35. Although the transfer order was issued on 17 February 2024, since it was not immediate, it was possible to cancel such banking operation.

36. This prevented the completion of the transfer of the sum of €1,500,000.00 to the account with the IBAN PT50003300004572073844405, with Banco Comercial Português, indicated in the fraudulent email messages, whose holder is the first Reported Party.

37. The amount of €1,500,000.00 that the Reported Parties intended to be transferred to the account with Banco Comercial Português (Millennium BCP) identified above was not received in that account and misappropriated uniquely for reasons beyond the control of the Reported Parties.

38. Through the referred IBAN PT50003300004572073844405, it was possible to establish that the immediate beneficiary of the transfer was SEARCHPOTENTIAL – UNIPESSOAL, LDA.

Ilegible
signatue

M&A

Sociedade de Advogados, SP, RL

14

Ilegible
signatue

Ilegible
signatue

39. The Complainant is unaware whether the other Reported Parties engage in any actual professional activity and/or whether they also reside in Portugal.

40. However, as the facts appear to suggest, the Reported Parties are either holders of or have control over the bank account in question, located in Portugal, into which they intended to receive the amount of €1,500,000.00.

41. Meanwhile, the Complainant has taken measures that led to the cancellation of the fraudulent domain name – paulsen-ge.com.

**II – THE APPLICABLE LAW.**

42. The facts described above indicate that the Reported Parties acted in concert and with the intent to appropriate and obtain for themselves and/or a third party an illegitimate enrichment, through deception regarding facts they cunningly orchestrated, likely to cause a significant financial loss to the Complainant.

43. Given the way they acted, it seems reasonable to assume that they make a living from swindle.

44. The facts described above also indicate that the Reported Parties interfered with the computer processing of data, produced non-authentic documents, and acted with the intent to cause harm to others or to obtain an illegitimate benefit for themselves or for a third party.

45. And that they accessed an IT system without authorization, with the aim of obtaining a benefit or financial advantage of significant value.

46. The facts described above suggest that the Reported Parties acted with a clear mental awareness of the objective situations outlined and with the intent to materialize them, freely, deliberately, and consciously, fully aware that their actions were prohibited by law, yet still choosing to engage in them.

47. The actions of the Reported Parties described above are, indicatively, likely to constitute the commission of, at least, the following offenses by the Reported Parties:

Ilegible
signatue

*M&A*

Sociedade de Advogados, SP, RL

15

Ilegible
signatue

i.   a crime of attempted aggravated swindle, punishable and foreseen under Articles 217(1) and 218(2) (a) and (b), by reference to Articles 22, 23, and 202(b), all of the Portuguese Penal Code, or

ii.  a crime of attempted aggravated computer swindle, punishable and foreseen under Articles 221(1) and (5) (b), by reference to Article 202(b), both of the Portuguese Penal Code, and/or

iii. a crime of computer forgery, punishable and foreseen under Article 3(1) and (3) of Law no. 109/2009, of 15 September,

iv.  a crime of unlawful access, punishable and foreseen under Article 6(1) and (5) of Law no. 109/2009, of 15 September.

By means of this complaint, the Complainant wishes criminal proceedings to be brought against the Reported Parties identified above and others who have participated in them, for the unlawful acts committed.

In these terms and according to the law, we hereby respectfully request that the appropriate criminal proceedings be initiated against the Reported Parties and anyone else that may be found to have acted with them.

**III – THE EVIDENCE.**

Request is made for the following evidence to be taken:

1. Documentary:

a) All documents attached to this criminal complaint.

b) For a complete establishment of the reported facts, it is requested:

i)   To notify Banco Comercial Português, Millennium BCP in order to ascertain the full identity of all the holders of the bank account with the IBAN PT50003300004572073844405.

ii)  To notify Banco de Portugal to provide information of the bank accounts held by the Reported Parties in the Portuguese territory.

Ilegible
signatue

**M&A**

Sociedade de Advogados, SP, RL

16

iii)    To notify the Tax Authorities to inform whether the first Reported Party submitted an IRC (Corporate Income Tax) return for the year 2023, and whether the second Reported Party is engaged in any professional activity in Portugal, whether he submitted an IRS (Personal Income Tax) return for the year 2023, and whether he owns any movable or immovable property.

iv)    To notify the Tax Authorities to inform whether the second Reported Party has registered a Fiscal Representative with them, as well as the documents submitted when requesting a Portuguese Taxpayer Number.

v)    To ascertain the IP data, date and time, time zone, from which the email addresses                Jean-Frederic@paulsen-ge.com                and ilona.kenkadze@paulsen-ge.com were created and maintained, namely the data concerning 16 and 17 February 2024.

vi)    To order the preservation of specific stored computer data, including traffic data and its subsequent seizure, as well as email and similar communication records, and to send all available information related with the mentioned email addresses.

2. <u>By Statements</u>:

Requests that statements be taken from the Complainant, to be conducted through telematic means, as he neither resides nor engages in professional activity in Portugal.

**IV – THE CONSTITUTION AS A PRIVATE PROSECUTORN ASSISTANT.**

The Complainant, pursuant to Article 68(1)(a) of the Portuguese Criminal Procedure Code (CPP), hereby requests to be accepted to intervene in these proceedings as a **Private Prosecutor**, given that he holds interests that the law specifically aimed at protecting by the criminality, is within the time limit, has paid the required court fees, and is duly represented by an attorney.

**V – THE REQUEST FOR CIVIL DAMAGES.**

# M&A■

Sociedade de Advogados, SP, RL

17

Ilegible
signatue

The Complainant hereby expresses his intention to file a request for civil damages, deferring its submission to a later time, and requests to be notified of the indictment, when issued, in order to submit said request.

**Attached:** three (3) documents, Judicial Power of Attorney, DUC (Document of Court Fees Payment), and proof of payment of the court fees required for the constitution as a private prosecutor, along with a duplicate and copy.

**The Lawyer**

(illegible signature)

---

**LUÍS MIGUEL ANTUNES REIS**
**LAWYER**
Taxpayer number 207 246 556 – Prof. License 13841L
Rua Castilho, n.º13-D – 3ºA
1250-066 Lisbon
Tel: 213 566 710***Fax: 213 566 719

---



18    Ilegible signatue

Ilegible signatue

## CERTIFICATION OF PHOTOCOPIES

### Registry no. 67711L / 87

*(In accordance with Article 38 of Decree-Law No. 76-A/2006 of 29 March and Ordinance No. 657-B/2006 of 29 June)*

Mariana Monteiro Palma, Lawyer, with office located at Rua Castilho, 13D – 3º A, 1250-066 Lisbon, holder of the Professional License n.º 67711L issued by the Regional Council of Lisbon, Taxpayer no. 273 067 265, hereby **certifies**, pursuant to Article 1(3) of Decree-Law No. 28/2000 of 13 March, that the attached photocopy, issued at this office and consisting of 1 (one) page, which she initialed and on which she affixed the embossing stamp of this Law Firm, is in accordance with the original that was presented to her, relating to a Judicial Power of Attorney granted by Jean-Fréderic Paulsen, in favor of Mr. Luís Miguel Antunes Reis, Attorney, holder of the Professional License No. 13841L, with professional domicile at Rua Castilho, 13D – 3º A, 1250-066 Lisbon, on 23 July 2024.

Lisbon, 07 August 2024

The Lawyer

_____*(signature)*_____

Mariana Monteiro Palma
**LAWYER**
Rua Castilho, n.º13-D – 3ºA 1250-066 Lisbon
Tel: 213 566 710 Fax: 213 566 719
Taxpayer number 273 067 265 – Prof. License 67711L
mariana.palma@malaw.pt

Cost: 0,00 Euros

Ilegible
signatue

*(Original text presented in both Portuguese and English. Only the English version was kept in this translation)*

## JUDICIAL POWER OF ATTORNEY

**JEAN-FRÉDÉRIC PAULSEN**, of Georgian nationality, holder of the Passport number 21AA33110, valid thru 01/06/2032, issued by the competent authorities of Georgia, resident at 37 Viktor Jorbenadze St, Tbilisi, 0103 Georgia, hereby grants full Judicial Powers of Attorney in favor of Mr. Luís Miguel Antunes Reis, lawyer, holder of the professional card no. 13841L, with office at Rua Castilho, 13D - 3º A, 1250-066 Lisbon, to whom he grants, including the powers to delegate, one or more times, the fullest legally admissible judicial representation powers, as well as those necessary to, on his behalf, file any criminal claims against third parties, under the terms and with the contents he may deem as the most appropriate, as well as to represent the Grantor in any acts within the criminal proceedings, file any criminal charges and claims for damage, request any hierarchical interventions or the opening of the investigation, lodge any appeals and perform all the other acts he deems as necessary and suitable to safeguard the Grantor's rights and interests, involving a Bank transfer request to an account with Banco Comercial Português, of which the Grantor is not the holder.

23 July 2024

_____(illegible signature)_____
JEAN-FRÉDÉRIC PAULSEN

1/1 MP

20/35

20

Ilegible
signatue

Ilegible
signatue

Portuguese
Bar
Association
Seal

**PORTUGUESE BAR ASSOCIATION**

## ONLINE REGISTRATION OF LAWYERS' ACTS
### Article 38 of Decree-Law No. 76-A/2006, of 29 March

**Ordinance No. 657-B/2006, of 29 June**

**Miss Mariana Monteiro Palma**
Professional License: 67711L
IDENTIFICATION OF THE NATURE AND TYPE OF THE ACT
        Certification of photocopies
IDENTIFICATION OF THE INTERESTED PARTIES
        Jean-Frédéric Paulsen
        Passport no. 21AA33110
OBSERVATIONS
        Certification of a photocopy relating to a Judicial Power of Attorney granted by
Jean-Fréderic Paulsen, in favor of Mr. Luís Miguel Antunes Reis, Attorney, holder of
the Professional License No. 13841L, with professional domicile at Rua Castilho, 13D
– 3.º A, 1250-066 Lisbon, on 23 July 2024.

EXECUTED ON: 2024-08-07, 4:49pm

REGISTERED ON: 2024-08-07, 4:51pm

WITH THE No.: 67711L/87

You can access this record at http://oa.pt/atos
using the code 47058875-402912

> **Mariana Monteiro Palma**
> **LAWYER**
> Taxpayer number 273 067 265 – Prof. License 67711L
> Rua Castilho, n.º13-D – 3ºA
> 1250-066 Lisbon
> Tel: 213 566 710***Fax: 213 566 719
> *(illegible signature)*

27/35

21

Ilegible
signatue

**Permanent Certificate Access**

Portuguese
Republic

Doc. 01 – Permanent Certifica

Permanent Registration Certificate

Back   Log out

Company
On-line

## Permanent Certificate
### Access Code: 2832-1683-4723

*The delivery of this code to any public or private entity exempts the presentation of a certificate in hard copy (article 75(5) of the Commercial Registry Code)*

Registration

**NIPC:** 517818540
**Company name:** SEARCHPOTENTIAL – UNIPESSOAL LDA
**Legal Nature:** PRIVATE LIMITED COMPANY
**Registered address:** Rua Tierno Galvan, Amoreiras, Tower, 3, 4 405
District: Lisbon Municipality: Lisbon: Parish: Campo de Ourique
1070 274 Lisbon
**Purpose:** Wholesale trade of all types of products, trading activities, import and export, the provision of consulting and advisory services in the development, implementation, and monitoring of business structures, business valuation, company evaluation, any type of goods, their promotion and management, and activities related with the aforementioned.
**Capital:** 1,000,00 EUROS
**Main CAE:** 46900-R3

**Date of closure of financial year:** 31 December
**Way to bind:** with the signature of one manager
**Corporate Bodies/Liquidator/Judicial administrator or receiver:**

MANAGEMENT:

Name: OMAR IMAD ABDUL-HAMID
NIF/NIPC: 321572556
Position: Manager

**Entity with all documents deposited in electronic format.**

The elements of this registration do not exempt the review of the records and their additions and annotations inasmuch as they define the legal position of the entity.

Records - Additions - Annotations

**Reg.1 PRESENTATION 61/20231026 13:16:OO UTC - INCORPORATION OF A COMPANYAND APPOINTMENT OF MEMBER(S) OF CORPORATE BODY(IES)**
COMPANY NAME: SEARCHPOTENTIAL – UNIPESSOAL LDA
NIPC : 517818540
LEGAL NATURE: PRIVATE LIMITED COMPANY
REGISTERED OFFICE: Rua Tierno Galvan, Amoreiras, Tower, 3, 4 405
District: Lisbon Municipality: Lisbon Parish: Campo de Ourique
1070 - 274 Lisbon
PURPOSE: Wholesale trade of all types of products, trading activities, import and export, the provision of consulting and advisory services in the development, implementation, and monitoring of business structures, business valuation, company evaluation, any type of goods, their promotion and management, and activities related with the aforementioned.
CAPITAL: 1.000,00 EUROS
Date of closure of financial year: 31 December

MEMBERS AND QUOTAS:

QUOTA: 1.000,00 EUR

HOLDER: OMAR IMAD ABDUL-HAMID
NIF/NIPC: 321572556 Marital Status: Single, of legal age
Residence/Registered office: Ronningsvej 12, st. TV 2400 Kobenhavn NV,
Copenhagen, Denmark

WAY TO BIND/CORPORATE BODIES:

Way to bind: with the signature of one manager

APPOINTED BODY(IES):

MANAGEMENT:

Name: OMAR IMAD ABDUL-HAMID
NIF/NIPC: 321572556
Position: Manager
Residence/Registered office: Ronningsvej 12, st. TV 2400 Kobenhavn NV,
Copenhagen, Denmark

22

Ilegible
signatue

Ilegible
signatue

Date of the resolution: 2023-10-26.

*** The share capital will be deposited in the company's treasury by the end of the first fiscal year.

Commercial Registry Office of Coimbra
*Register Officer, Maria Lucinda da Silva Francisco Ferreira*

**Annotation 1 - 20231106 - Published at http:// publicacoes.mj.pt**
Commercial Registry Office of Coimbra
*Register Officer, Maria Lucinda da Silva Francisco Ferreira*

Permanent Certificate subscribed on 01-08- 2024 and valid thru 01-08-2025

End of Certificate

**Important Note:**

You do not need to print this document. You can provide the access code to any public or private entity whenever you need to present a commercial registry certificate.

**Back   Log out**

23/35

MP

23

Ilegible
signatue

**Margarida Ventura Gomes**

Access the Reserved Area   Log out

Doc. 02 – Beneficial Owner Declaration

[Symbol] **JUSTIÇA.GOV.PT**
**Central Register of Beneficial Owners**
Access to Declaration

## Data of the subject entity

**Company name or denomination:**
SEARCHPOTENTIAL - UNIPESSOAL LDA
**Taxpayer number:**
517818540
**Country of residence or registered office:**
PORTUGAL
**Legal Nature:**
035
**CAE:**
46900
**Unique identifier for legal entities:**
Not Available
**Address:**
Tierno Galvan, Amoreiras, Torre, 1070-274
**District:**
110659
**Municipality:**
110659
**Parish:**
110659
**Institutional email address:**
FMT@FMTAVARES.PT

## Beneficiary's details

**First name(s):**
OMAR IMAD
**Surname:**
ABDUL-HAMID
**Date of birth:**
10/02/1994
**Nationality(ies):**
DENMARK;
**Is the BO a minor?**
No
**Is the BO an accompanied adult?**
No
**Information Source:**

1/2

24135

24

Ilegible
signatue

COMMERCIAL REGISTER
**Interest Held**
**Beneficiary of the entity**
OMAR IMAD ABDUL-HAMID
**Owns or controls the entity:**
Yes
**Type of assets:**
Shares or Quotas
**Percentage of share capital:**
100%
**Type of holding:**
Ownership
**Ownership structure:**
Direct
**Holds voting rights:**
No
**Exercises any other type of direct or indirect control over the Entity:**
No
**Holds the top management position in the Entity:**
No

Back

25/35

*(Doc. 03 - Emails in English that are included on pages 36 to 45 of the original document, which were translated into Portuguese (certified translation) and are included on pages 26 to 35 of the original document. For ease of reference, the emails in English are transcribed below.)*

jl@altaweb.ch

**From:** Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
**Sent:** Monday, 19 February 2024 00:48
**To:** jl@altaweb.ch
**Subject:** RE: Mail fraud

Thank you for sharing. Incredible. It looks to me as Eric's mbev email may be compromised..

Kind Regards

JFP

Jean-Frédéric Paulsen
(+995) 59 99 72 776 (Georgia)
jean-frederic@paulsen.ge

CONFIDENTIALITY: This email and any attachments are confidential and may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email and any attachments from your system.

--------Original Message--------
From: jl@altaweb.ch <jl@altaweb.ch>
Sent: Saturday, February 17, 2024 12:03 PM
To: Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Subject: Mail fraud

Dear Jean-Frédéric,

Here are all mails that I received/sent in connection with the loan transaction.

Please note that until your mail which is attached all was OK.

From: Eric Turner <ericturner@mbev.com>
Sent: Friday, 16 February 2024 13:20
To: jl@altaweb.ch; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Ilona Kenkadze <ilona.kenkadze @paulsen-ge.com>
Subject: FEDM / MDP

1

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.

I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary name: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric

Attachment: the signed loan agreement.


From: Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Sent: Friday, 16 February 2024 13:26
To: Eric Turner <ericturner@mbev.com>; jl@altaweb.ch
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Subject: Re: FEDM / MDP

Dear both,
Just to note that I would not like to receive funds in Portugal but rather in my georgian bank account directly.
Many thanks,
JFP

2

27/35
nv

From: Eric Turner <ericturner@mbev.com>
Sent: 16 February 2024 16:19
To: jl@altaweb.ch <jl@altaweb.ch>; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Subject: FEDM /MDP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary name: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric




From: Eric Turner <EricTurner@mbev.com>
Sent: Friday, 16 February 2024 13:27
To: jl@altaweb.ch; Jean-Frederic Paulsen <Jean-Frederic@paulsen-ge.com>
Cc: Ilona Kenkadze <ilona.kenkadze @paulsen-ge.com>
Subject: Re: FEDM / MDP

Dear Jan,

3

28/35

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.

I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary name: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric

From: Eric Turner <ericturner@mbev.com>
Sent: 16 February 2024 12:19
To: jl@altaweb.ch <jl@altaweb.ch>; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Subject: FEDM/ MDP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.

I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary name: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

29/35

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric

Attachment: the signed loan agreement

From: Jean-Frederic Paulsen <jean-frederic@paulsen-ge.com>
Sent: Friday, 16 February 2024 13:30
To: Eric Turner <EricTurner@mbev.com>; jl@altaweb.ch
Cc: Ilona Kenkadze <ilona.kenkadze @paulsen-ge.com>
Subject: Re: FEDM / MDP

Dear both,
Just to note that I would like to receive funds on my account. I have attached my details again.

Beneficiary name: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Many thanks,
JFP

Dear Jan,

5

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary name: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric

---

From: Eric Turner <ericturner@mbev.com>
Sent: 16 February 2024 12:19
To: jl@altaweb.ch <jl@altaweb.ch>; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Ilona Kenkadze <ilona.kenkadze @paulsen-ge.com>
Subject: FEDM / MDP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary name: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

31/35

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric

Attachment: information on "your" bank account in Portugal


From: Eric Turner <EricTurner@mbev.com>
Sent: Friday, 16 February 2024 13:36
To: Jean-Frederic Paulsen <Jean-Frederic@paulsen-ge.com>; jl@altaweb.ch
Cc: ilona.kenkadze@paulsen-ge.com
Subject: Fw: FEDM / MDP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary name:: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.

7

32/35

Very Kind Regards,
Eric

From: jl@altaweb.ch <jl@altaweb.ch>
Sent: Saturday, 17 February 2024 06:51
To: 'Eric Turner' <EricTurner@mbev.com>
Cc: jean-frederic@paulsen.ge; 'ilona.kenkadze@paulsen-ge.com
<ilona.kenkadze@paulsen-ge.com>
Subject: RE: FEDM/ MDP

Dear Eric,

The funds have been received on the Fernland account at ZKB.

The transfer to the bank account of JFP in Portugal is with value date on Monday, 19.2.

I'll send the payment confirmation as soon as the transfer has been executed.

Kind regards.
Jan

--------------------------------------------------------------------------------
Jan Liljequist
E-mail: jl@altaweb.ch
Mobile: +41(0)79 400 51 76
Direct: +41(0)44 501 55 92
--------------------------------------------------------------------------------
altaweb AG, Binzmühlestrasse 80, CH-8050 Zurich, Switzerland
Phone: +41(0)44 501 55 90, Fax: +41(0)44 501 55 91, e-mail: info@altaweb.ch
-----------------------------------------------------------------------------------------------------------------------------
-------------

This e-mail may contain confidential or legally protected information belonging to altaweb AG. If
you are not the correct addressee or not responsible for the delivery of the message to such person
or have received this e-mail in error, please notify the sender immediately and delete this e-mail.
Any unauthorized copying or distribution of this e-mail is forbidden. Any views expressed in this
message are those of the individual sender, except where the message states otherwise.
-----------------------------------------------------------------------------------------------------------------------------
-------------

From: Eric Turner <EricTurner@mbev.com>



Sent: Friday, 16 February 2024 13:36
To: Jean-Frederic Paulsen <Jean-Frederlc@paulsen-ge.com>; jl@altaweb.ch
Cc: ilona.kenkadze@paulsen-ge.com
Subject: Fw: FEDM / MDP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each
of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from the The Paulsen Familiae Foundation to Fernland Holdings
Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his
earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary name: PAULSEN JEAN-FREDERIC BANK NAME: BANCO COMERCIAL
PORTUGUES (MILLENIUM BCP) BANK ADDRESS: AV DE MOSCAVIDE 44, 1885 062
MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

BENEFICIARY ADDRESS
: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA
DE VALENCA PORTUGAL
IBAN EUR: PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric

From: Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Sent: Saturday, 17 February 2024 09:45
To: jl@altaweb.ch; "Eric Turner" <EricTurner@mbev.com>
Cc: ilona.kenkadze@paulsen-ge.com
Subject: Re: FEDM /MDP

"Dear both
I do not have a portuguese account (to my knowledge…) JFP

9

34/35

---------------------------------------------------------------------------------

Jan Liljequist
E-mail: jl@altaweb.ch
Mobile: +41(0)79 400 51 76
Direct: +41(0)44 501 55 92

---------------------------------------------------------------------------------

altaweb AG, Binzmühlestrasse 80, CH-8050 Zurich, Switzerland
Phone: +41(0)44 501 55 90, Fax: +41(0)44 501 55 91, e-mail: info@altaweb.ch

-----------------------------------------------------------------------------------------------------------------------------
-------------

This e-mail may contain confidential or legally protected information belonging to altaweb AG. If
you are not the correct addressee or not responsible for the delivery of the message to such person
or have received this e-mail in error, please notify the sender immediately and delete this e-mail.
Any unauthorized copying or distribution of this e-mail is forbidden. Any views expressed in this
message are those of the individual sender, except where the message states otherwise.

-----------------------------------------------------------------------------------------------------------------------------
-------------

A TRADUTORA:


10

35/35



## ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**

Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Luis Miguel Reis**
CÉDULA PROFISSIONAL: 13841L
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
  Certificação de traduções de documentos
IDENTIFICAÇÃO DOS INTERESSADOS
  Jean-Frédéric Paulsen
  Passaporte nº. 21AA33110
OBSERVAÇÕES
  Certification of the translation from Portuguese to English of a document entitled
  ?CERTIFICATE OF COMPLAINT REGISTRATION? (?Certificado de Registo de
  Denúncia?), issued on 1 October 2024 by the Public Prosecutor's Office - Lisbon District
  Prosecutor's Office ? DIAP, 3rd Section of Lisbon, duly apostilled with Apostille of The
  Hague Convention under no. 15274-2024 on 7 October 2024, composed of 35 pages, duly
  numbered and initialled, the original of which is attached.

EXECUTADO A: 2024-10-14 13:02
REGISTADO A: 2024-10-14 13:15
COM O Nº: 13841L/2453

Poderá consultar este registo em http://oa.pt/atos
usando o código 47672184-706858

LUÍS MIGUEL ANTUNES REIS
ADVOGADO
Cont. 207 246 556 - Céd. 13841L
Rua Castilho, 13-D - 3º A
1250-066 Lisboa
Tel. 213 566 710 *** Fax: 213 566 719



S.  R.

### PROCURADORIA-GERAL REGIONAL DO PORTO

Ref.ª/réf./ref.

---

## APOSTILLE

### Convention de La Haye du 5 octobre 1961

1. País/Pays/Country: **Portugal**
   Este documento público/Le présent acte public/This public document

2. Foi assinado por/a été signé par/has been signed by **ANA PAULA M.SALGADO**

3. Agindo na qualidade de/agissant dans la qualité de/acting in the capacity of **Técnico de Justiça Auxiliar**

4. E tem o selo de/est revêtu du sceau de/bears the seal of **MINISTÉRIO PÚBLICO - PROCURADORIA DA REPÚBLICA DA COMARCA DE LISBOA - DIAP- 3.ª SECÇÃO DE LISBOA**

### Reconhecido/Attesté/Certified

5. Em/à/at **Porto**

6. A /le /the **7 de outubro de 2024**

7. Pelo Procurador-Geral Regional/par le Procureur Général régional /by the Regional Prosecutor General

8. Sob o nº /sous le nº /Nº **15274-2024**

9. Selo/sceau/seal

10. Assinatura/signature/signature

José Norberto Ferreira Martins

---

*A presente Apostila apenas certifica a assinatura, a qualidade em que o signatário do ato atuou e o selo/carimbo que consta do ato. Não certifica o conteúdo do documento para o qual foi emitida.*

*Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi et le sceau/timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.*

*This Apostille only certifies the signature, the capacity of the signer and the seal/stamp it bears. It does not certify the content of the document for which it was issued.*

*La presente Apostilla sólo certifica la firma, la capacidad del signatario y el sello/timbre que ostenta. La Apostilla no certifica el contenido del documento para el cual se expidió.*



**Ministério Público - Procuradoria da República da Comarca de Lisboa**
DIAP - 3ª Secção de Lisboa
Av. D. João II, nº1.08.01, Edifício C D e E - 1990-097 Lisboa
telef: 213188800 fax: 211545160 e-mail: lisboa.diap@tribunais.org.pt

*Referência: 438820548*                                    *Inquérito 914/24.2TELSB*

### CERTIFICADO DE REGISTO DE DENÚNCIA

*(Artigo 247º, n.º 6 do C. P. Penal)*

Ana Paula M. Salgado, Técnico de Justiça Auxiliar em serviço no(a) DIAP - 3ª Secção de Lisboa - Ministério Público - Procuradoria da República da Comarca de Lisboa:

**CERTIFICA QUE,** consultados os registos informáticos existentes nestes Serviços, verifica-se existirem registados os autos de Inquérito, com o NUIP n.º 914/24.2TELSB, pelo crime de Burla qualificada na forma tentada, Praticado em , em que são:

Ofendido: Jean-Frédéric Paulsen

Denunciado: Searchpotential - Unipessoal, Lda. E Omar Imad Abdul-Hamid.

**MAIS CERTIFICA,** que a referida deu entrada nestes serviços em 17-09-2024 00:00:00, e que as copias juntas são copia fiel da denuncia, devidamente certificadas.

**CERTIFICA AINDA,** que se destinaa instruir diligencias a serem levadas a cabo pelo denunciante junto de entidades e autoridades dos Estados Unidos da America

A presente vai por mim assinada e autenticada.

Lisboa, 01-10-2024.

O/A Técnico de Justiça Auxiliar,
*Ana Paula M. Salgado*



**M&A**

Sociedade de Advogados, SP, RL

*RDA CORO INQUÉRITO (BURLA QUALIFICADA NA FORMA TENTADA)*
*☀*
*CONSIGNO QUE :*

*- EFETUADAS PESQUISAS NO PROGEST, NÃO FORAM DETETADOS PAP's REFERENTES AOS DENUNCIADOS.*
*- CONSULTADAS FONTES ABERTAS, VERIFICOU-SE QUE O DOMÍNIO PAUSEN-GE.COM NÃO É DISPONIBILIZADO NGM FOI REGISTADO POR ENTIDADES NACIONAIS.*
*☀*
*LISBOA 08/08/2024,*
*V*

**MINISTÉRIO PÚBLICO**

**PROCURADORIA DA REPÚBLICA DA COMARCA DE LISBOA**

**DEPARTAMENTO CENTRAL DE INVESTIGAÇÃO E ACÇÃO PENAL DE LISBOA**

**DIGNO(A) MAGISTRADO(A) DO MINISTÉRIO PÚBLICO,**

JEAN-FRÉDÉRIC PAULSEN, de nacionalidade georgiana, residente em 37 Viktor Jorbenadze St, Tbilisi, 0103 Geórgia, portador do passaporte n.º 21AA33110, válido até 01/06/2032, emitido pelas autoridades competentes da Geórgia

vem apresentar

**PARTICIPAÇÃO CRIMINAL**

contra

**SEARCHPOTENTIAL – UNIPESSOAL, LDA,** sociedade por quotas, com sede na Rua Tierno Galvan, Amoreiras, Torre 3, 4 405, 1070-274 Lisboa e o NIPC 517818540, com o endereço eletrónico institucional FMT@FMTAVARES.PT;

**OMAR IMAD ABDUL-HAMID**, beneficiário efetivo da SEARCHPOTENTIAL – UNIPESSOAL, LDA, nascido em 10 de fevereiro de 1994, nacional da Dinamarca, com o NIF 321572556, cuja residência em Portugal se desconhece, mas com residência indicada na constituição da segunda Participada, em Ronningsve 12, st. TV 2400 Kobenhavn NV, Copenhaga, Dinamarca,

**DESCONHECIDOS,**

o que faz nos termos e com os fundamentos seguintes.

**I – DOS FACTOS.**

1. O Participante, **JEAN-FRÉDÉRIC PAULSEN**, tinha a receber fundos no valor de € 1.500.000,00 (um milhão e quinhentos mil euros), que lhe seriam pagos através de





**M&A**

Sociedade de Advogados, SP, RL

3

transferência para uma conta bancária da sua titularidade, sedeada em banco sito na Georgia.

2. A segunda Participada, **SEARCHPOTENTIAL – UNIPESSOAL, LDA**, é uma sociedade por quotas, com o capital social de € 1.000,00, com sede em Lisboa, constituída em 26 de Outubro de 2023, que tem por objeto o comércio por grosso de todo o tipo de produtos, atividade de *trading*, importação e exportação, a prestação de serviços de consultoria e assessoria no desenvolvimento, implementação e acompanhamento de estruturas empresariais, avaliação de negócios, empresas, qualquer tipo de bens, promoção e gestão dos mesmos e atividades conexas com as anteriormente citadas, com sede em Lisboa, com o endereço eletrónico institucional FMT@FMTAVARES.PT (cf. Docs. 1 e 2 que se juntam).

3. O terceiro Participado, **OMAR IMAD ABDUL-HAMID**, é o único sócio e gerente da segunda Participada, SEARCHPOTENTIAL – UNIPESSOAL, LDA e seu beneficiário efetivo (cf. Docs. 1 e 2 que se juntam).

4. O Participante é titular do endereço de correio eletrónico jean-frederic@paulsen.ge,

5. E tem como assistente Ilona Kenkadze, titular do endereço de correio eletrónico ilona.kenkadze@paulsen.ge, sendo este endereço de email habitualmente copiado em quaisquer mensagens de correio eletrónico que respeitam a assuntos relacionados com o Participante.

6. É Advogado do Participante Eric Turner, titular do endereço de correio eletrónico ericturner@mbev.com.

7. É responsável financeiro Jan Liljequist, titular do endereço de correio eletrónico jl@altaweb.ch.

8. No dia **16 de fevereiro de 2024**, foram enviadas e recebidas mensagens de correio eletrónico entre Eric Turner, o Participante, a sua assistente Ilona Kenkadze e Jan Liljequist, relacionadas com a transferência de € 1.500.000,00 para a referida conta bancária da titularidade de Jean-Frédéric Paulsen, em banco sedeado na Geórgia.

9. Sucede que várias dessas mensagens de correio eletrónico foram enviadas de, e para, endereços de correio eletrónico fraudulentos, a saber: Jean-Frederic@paulsen-ge.com e ilona.kenkadze@paulsen-ge.com como se passa a evidenciar.





## Sociedade de Advogados, SP. RL

10. No dia **16 de fevereiro de 2024**, **às 4:26h**, através do endereço de correio eletrónico ericturner@mbev.com, foi escrita a seguinte mensagem que se transcreve na sua tradução para português (cf. <u>Doc. 3</u>):

"Caro Jan,

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.
Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Fernland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:

Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL
SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.

Com os meus cumprimentos,

Eric".

11. Esta mensagem de correio eletrónico não foi escrita por Eric Turner, tais como as que se seguiram nessa mesma data.

12. Assim, no dia **16 de fevereiro de 2024**, **às 12:19h**, através do endereço de correio eletrónico ericturner@mbev.com foi enviada para os endereços de correio eletrónico jl@altaweb.ch, Jean-Frederic@paulsen.ge, com conhecimento para o endereço de

**M&A** ■

Sociedade de Advogados, SP, RL

correio eletrónico ilona.kenkadze@paulsen-ge.com a seguinte mensagem que se transcreve na sua tradução para português (cf. Doc. 3):

"Caro Jan,

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.

Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Fernland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:
Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL
SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.

Com os meus cumprimentos,

Eric

Anexo: o contrato de empréstimo assinado".

13. Nesse mesmo dia **16 de fevereiro de 2024**, **à mesma hora, 12:19h**, através do mesmo endereço de correio eletrónico ericturner@mbev.com, foi enviada para os endereços de correio eletrónico jl@altaweb.ch, Jean-Frederic@paulsen.ge, com conhecimento para o endereço de correio eletrónico ilona.kenkadze@paulsen-ge.com, a seguinte mensagem que se transcreve na sua tradução para português (cf. Doc. 3):





**Sociedade de Advogados, SP, RL**

"Caro Jan,

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.

Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Fernland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:
Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.

Com os meus cumprimentos,

Eric

Anexo: informação sobre a "tua" conta em Portugal".

14. Ainda no dia **16 de fevereiro de 2024, às 13:20h**, através do endereço de correio eletrónico ericturner@mbev.com, foi enviada para os endereços de correio eletrónico jl@altaweb.ch e Jean-Frederic@paulsen.ge, com conhecimento para o endereço de correio eletrónico ilona.kenkadze@paulsen-ge.com a seguinte mensagem que se transcreve na sua tradução para português (cf. Doc. 3):

"Caro Jan,



**M&A**

Sociedade de Advogados, SP, RL

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.

Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Fernland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:
Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405
Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.
Com os meus cumprimentos,

Eric"

Anexo: o contrato de empréstimo assinado".

15. As mensagens de correio eletrónico acima transcritas, foram enviadas por alguém que, fazendo-se passar por Eric Turner, se infiltrou numa sequência de mensagens de correio eletrónico com vários destinatários,

16. Entre eles um email fraudulento: jean-frederic@paulsen-ge.com em vez de jean-frederic@paulsen.ge, criando assim a ilusão de que o Participante estaria a par de todas as comunicações,

17. Sendo que uma delas foi efetivamente remetida através deste último e-mail fraudulento (domínio paulsen-ge.com), conforme artigo 24 abaixo.





**Sociedade de Advogados, SP, RL**

18. Nessas mesmas comunicações, foi também copiada a assistente de Jean- Frédéric Paulsen, Ilona Kenkadze, mas também através da utilização de um endereço de correio eletrónico fraudulento: ilona.kenkadze@paulsen-ge.com em vez de ilona.kenkadze@paulsen-ge.

19. Nessas mensagens, solicitava-se que uma transferência pré-acordada entre as partes no valor de € 1.500.000,00 (um milhão e quinhentos mil euros), fosse efectuada para uma conta bancária com o IBAN PT50003300004572073844405, do BANCO COMERCIAL PORTUGUÊS, Millenium BCP, sito na Av. de Moscavide 44, 1885-062 Moscavide, em Portugal, com indicação do endereço do beneficiário como sendo AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL.

20. No mesmo dia **16 de fevereiro de 2024**, **às 13:26h**, o Participante, **JEAN-FRÉDÉRIC PAULSEN,** ainda sem se aperceber da atividade fraudulenta em causa, através do seu endereço de correio eletrónico jean-frederic@paulsen.ge, enviou uma mensagem para o seu Advogado, Eric Turner, e para o responsável financeiro, Jan Liljequist, para os endereços de correio eletrónico ericturner@mbev.com e jl@altaweb.ch, com conhecimento para o endereço de correio eletrónico ilona.kenkadze@paulsen-ge.com, a solicitar que a transferência dos fundos fosse efetuada para a sua conta na Geórgia, e não para a conta em Portugal (cf. Doc. 3):

> "Caros,
> Apenas para notar que eu não gostaria de receber fundos em Portugal, mas sim na minha conta bancaria georgiana directamente.
>
> Muito obrigado,
> JFP".

21. Nessa mesma comunicação de correio eletrónico, Jean- Frédéric Paulsen copiou a sua assistente Ilona Kenkadze, sem se aperceber que o email desta que estava a utilizar, ilona.kenkadze@paulsen-ge.com, era fraudulento.

22. Seguiu-se o envio e recebimento de novas mensagens de correio eletrónico, sem que o Participante, o seu Advogado e o responsável financeiro se apercebessem da sua origem fraudulenta.

23. Assim, nesse mesmo dia **16 de fevereiro de 2024**, **às 13:27h**, através do endereço de correio eletrónico EricTurner@mbev.com, foi enviada para os endereços de correio



*M&A*▮

## Sociedade de Advogados, SP, RL

eletrónico jl@altaweb.ch e Jean-Frederic@paulsen-ge.com, com conhecimento para o endereço de correio eletrónico ilona.kenkadze@paulsen-ge.com a seguinte mensagem que se transcreve na sua tradução para português (cf. Doc. 3):

"Caro Jan,

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.

Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Fernland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária: INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:

Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor envie o aviso de transferência / SWIFT para a Ilona para rastreio.

Os meus cumprimentos,

Eric".

24. No dia **16 de fevereiro de 2024**, **às 13:30h**, através do endereço de correio eletrónico Jean-Frederic@paulsen-ge.com, fraudulento, foi enviada para os endereços de correio eletrónicos EricTurner@mbev.com e jl@altaweb.ch, com conhecimento para o endereço de correio eletrónico ilona.kenkadze@paulsen-ge.com a seguinte mensagem que se transcreve na sua tradução para português:



## Sociedade de Advogados, SP, RL

> "Caros,
>
> Só para informar que gostaria de receber fundos na minha conta. Anexei novamente os meus dados.
>
> Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL
>
> SWIFT: BCOMPTPLXXX
>
> ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL IBAN EUR: PT50003300004572073844405
>
> Muito obrigado,
>
> JFP".

25. Nesse mesmo dia <u>16 de fevereiro de 2024</u>, <u>às 13:36h</u>, através do endereço de correio eletrónico EricTurner@mbev.com foi enviada para os endereços de correio eletrónico Jean-Frederic@paulsen-ge.com e jl@altaweb.ch, com conhecimento para o endereço de correio eletrónico ilona.kenkadze@paulsen-ge.com, a seguinte mensagem que se transcreve na sua tradução para português (cf. <u>Doc. 3</u>):

> "Caro Jan,
>
> Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.
>
> Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Fernland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:
>
> INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:
>
> Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL
>
> SWIFT: BCOMPTPLXXX





Sociedade de Advogados, SP, RL

))

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.

Com os meus cumprimentos,

Eric".

26. **As três mensagens de correio eletrónico antecedentes foram enviadas para, ou através, dos endereços de correio eletrónico fraudulentos de Jean-Frédéric Paulsen e Ilona Kenkadze: Jean-Frederic@paulsen-ge.com e ilona.kenkadze@paulsen-ge.com.**

27. Por fim, no dia <u>16 de fevereiro de 2024</u>, <u>às 16:19h</u>, através do endereço de correio eletrónico ericturner@mbev.com foi enviada para os endereços de correio eletrónico jl@altaweb.ch e Jean-Frederic@paulsen.ge, com conhecimento para o endereço de correio eletrónico ilona.kenkadze@paulsen-ge.com a seguinte mensagem que se transcreve na sua tradução para português (cf. <u>Doc. 3</u>):

"Caro Jan,

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.

Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Fernland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:

Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX



**M&A**

Sociedade de Advogados, SP, RL

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO
GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência
/ SWIFT para a Ilona para rastreio.
Com os meus cumprimentos,

Eric.".

28. O endereço de correio eletrónico de Ilona Kenkadze copiado nessa mensagem,
ilona.kenkadze@paulsen-ge.com, é fraudulento.

29. No dia **17 de fevereiro de 2024**, **às 06:51h**, através do endereço de correio eletrónico
ji@altaweb.ch foi enviada para os endereços de correio eletrónico
EricTurner@mbev.com, com conhecimento para os endereços de correio eletrónico
jean-frederic@paulsen.ge e ilona.kenkadze@paulsen-ge.com, a seguinte mensagem
que se transcreve na sua tradução para português (cf. Doc. 3):

"Caro Eric,

Os fundos foram recebidos na conta Fernland no ZKB.
**A transferência para a conta bancária do JFP em Portugal é efetuada com
data-valor de segunda-feira, 19.2.**
Enviarei a confirmação do pagamento assim que a transferência for efetuada.
Com os meus cumprimentos.
Jan". (sublinhados e negritos nossos)

30. O endereço de correio eletrónico de Ilona Kenkadze copiado nessa mensagem,
ilona.kenkadze@paulsen-ge.com é fraudulento.

31. Ao receber esta mensagem, no mesmo dia **17 de fevereiro de 2024**, **às 09:45h**, o
Participante, através do seu endereço de correio eletrónico jean-frederic@paulsen.ge,
dirigiu para os endereços de correio eletrónico ji@altaweb.ch e EricTurner@mbev.com,
com conhecimento para ilona.kenkadze@paulsen-ge.com, a informação que não tinha





## Sociedade de Advogados, SP, RL

uma conta bancária portuguesa, como se transcreve na sua tradução para português (cf. Doc. 3):

"Caros

**Eu não tenho uma conta portuguesa** (que eu saiba...) JFP." (sublinhados e negritos nossos)

32. Mais uma vez sem se aperceber, a mensagem enviada com conhecimento para a sua assistente Ilona Kenkadze foi dirigida para o endereço de correio eletrónico fraudulento ilona.kenkadze@paulsen-ge.com.

33. Na sequência da mensagem de Jean-Frédéric Paulsen a informar que não tinha uma conta bancária portuguesa, e das conversações que a mesma motivou com os seus destinatários, os intervenientes aperceberam-se da atividade fraudulenta envolvida na correspondência de correio eletrónico trocada nos dias 16 e 17 de fevereiro de 2024, acima transcrita.

34. Após o que foram imediatamente tomadas medidas junto de um banco suíço que colocou numa lista negra bancária, em todo o território da Suíça, a conta bancária do Banco Comercial Português indicada naquelas mensagens de correio eletrónico.

35. Não obstante a ordem de transferência ter sido dada no dia 17 de fevereiro de 2024, como a mesma não era imediata, foi possível proceder-se ao cancelamento de tal operação bancária.

36. Assim se tendo evitado que se consumasse a transferência da quantia de € 1.500.000,00 para a conta com o IBAN PT50003300004572073844405, do Banco Comercial Português, indicada nas mensagens fraudulentas de correio eletrónico, da qual é titular a primeira Participada.

37. O valor de € 1.500.000,00 que os Participados pretendiam que fosse transferido para a conta do Banco Comercial Português (Millennium BCP) acima identificada, só não foi recebido nessa conta e objeto de apropriação indevida, por razões alheias à vontade dos Participados.

38. Através do referido IBAN PT50003300004572073844405, foi possível apurar que o beneficiário imediato da transferência era a SEARCHPOTENTIAL – UNIPESSOAL, LDA.





## Sociedade de Advogados, SP, RL

39. O Participante desconhece se os restantes Participados desenvolvem efetiva atividade profissional e/ou também se têm residência em Portugal.

40. Mas, ao que os factos parecem indiciar, os Participados são titulares ou têm o domínio da conta bancária em referência, sedeada em Portugal, na qual pretendiam receber o valor € 1.500.000,00.

41. O Participado tomou entretanto medidas que levaram ao cancelamento do nome de domínio falso – paulsen-ge.com.

## II – DO DIREITO.

42. Os factos acima descritos indiciam que os Participados, atuaram em conjugação de esforços e com a intenção de se apropriarem e de obterem para si e/ou para terceiro, um enriquecimento ilegítimo, por meio de engano sobre factos que astuciosamente provocaram, suscetíveis de causarem ao Participante prejuízo patrimonial de valor consideravelmente elevado.

43. Pela forma como atuaram, parece legítimo pressupor que fazem da burla modo de vida.

44. Os factos acima descritos indiciam igualmente que os Participados interferiram no tratamento informático de dados, produziram documentos não genuínos e atuaram com a intenção de causar prejuízo a outrem ou de obter um benefício ilegítimo, para si ou para terceiro.

45. E que acederam a sistema informático sem para tal estarem autorizados visando obter benefício ou vantagem patrimonial de valor consideravelmente elevado.

46. Os factos acima descritos indiciam que os Participados agiram com clara representação mental das situações objetivas que se descreveram e agiram com vontade de as concretizar, livre, deliberada e conscientemente, bem sabendo que as suas condutas eram proibidas por lei, ainda assim, não se coibindo de as praticar.

47. As condutas dos Participados *supra* relatadas são indiciariamente passíveis de integrar, pelo menos, a prática pelos Participados de:

M&A – Antunes Reis & Associados - Sociedade de Advogados, SP, RL
Rua Castilho, 13D – 3° A, 1250-066 Lisboa | Tel. (+351) 213 566 710 | Fax (+351) 213 566 719 | lawfirm@malaw.pt www.malaw.pt



**M&A**

Sociedade de Advogados, SP, RL

i.  um crime de burla qualificada, na forma tentada, p. e p. pelos artigos 217.º, n.º 1 e 218.º, n.º 2, alíneas a) e b) por referência aos artigos 22.º, 23.º e 202.º, alínea b), todos do Código Penal; ou

ii.  um crime de burla informática qualificada, p. e p. pelos artigos 221.º, n.ºs 1 e 5, alínea b) por referência ao artigo 202.º, alínea b), ambos do Código Penal; e/ou

iii.  um crime de falsidade informática, p. e p. pelo artigo 3.º, n.ºs 1 e 3, da Lei n.º 109/2009, de 15 de setembro;

iv.  um crime de acesso ilegítimo, p. e p. pelo art.º 6.º, n.ºs 1 e 5, da Lei n.º 109/2009, de 15 de setembro.

Através da presente queixa, o Participante deseja procedimento criminal contra os Participados acima identificados e outros que neles tenham tido participação, pelos factos ilícitos cometidos.

Nestes termos e nos melhores de Direito, requer-se a V.ª Exa. se digne instaurar o competente procedimento criminal contra os Participados e quem mais se venha a apurar que com eles tenha atuado.

**III – DOS MEIOS DE PROVA.**

Requer se proceda à produção dos seguintes meios de prova:

1. Documental:

a)  Todos os documentos juntos com a presente participação criminal.

b)  Para o integral apuramento dos factos participados, requer-se:

i)  Se oficie ao Banco Comercial Português, Millennium BCP, para apuramento da identificação completa de todos os titulares da conta bancária do, com o IBAN PT50003300004572073844405;

ii)  Se oficie ao Banco de Portugal no sentido de informar sobre a titularidade de contas bancárias dos Participados em território nacional;





Sociedade de Advogados, SP, RL



iii)     Se oficie à Autoridade Tributária para que informe se a primeira
         Participada apresentou declaração de IRC relativa ao ano de 2023 e se
         o segundo Participado desenvolve atividade profissional em Portugal, se
         apresentou declaração de IRS relativa ao ano de 2023 e se é
         proprietário de quaisquer bens, móveis ou imóveis.

iv)      Se oficie à Autoridade Tributária para que informe se o segundo
         Participado terá registado junto da mesma de um Representante Fiscal,
         assim como dos documentos apresentados aquando do pedido pelo
         mesmo de Número de Identificação Fiscal Português.

v)       Se apure quais os dados de IP, data e hora, fuso horário, a partir dos
         quais foram criados e mantidos os endereços de correio eletrónico Jean-
         Frederic@paulsen-ge.com    e    ilona.kenkadze@paulsen-ge.com,
         nomeadamente os dados referentes aos dias 16 e 17 de fevereiro de
         2024;

vi)      Se determine a preservação dos dados informáticos específicos
         armazenados, incluindo os dados de tráfego e a sua subsequente
         apreensão, bem como do correio eletrónico e registos de comunicações
         semelhante e o envio de toda essa informação que esteja disponível em
         relação aos referidos endereços de correio eletrónico.

2. Por Declarações:

Requer que sejam tomadas declarações ao Participante, a efetuar através de meios
telemáticos, uma vez que o mesmo não reside nem desenvolve atividade profissional em
Portugal.

**IV – DA CONSTITUIÇÃO COMO ASSISTENTE.**

O Participante vem, ao abrigo do disposto na alínea a) do n.º 1 do art.68.º do CPP,
requerer que seja admitido a intervir nos presentes autos na qualidade de **Assistente** por ser
titular de interesses que a lei especialmente visou proteger com a incriminação, estar em tempo,
ter pago a taxa de justiça devida e se encontrar devidamente representado por mandatário.

**V – DO PEDIDO DE INDEMNIZAÇÃO CIVIL.**



**M&A**

Sociedade de Advogados, SP, RL

O Participante vem manifestar o propósito de deduzir pedido de indemnização civil, relegando a sua dedução para momento ulterior, requerendo a notificação do despacho de acusação, quando o haja, para deduzir o referido pedido.

**Junta-se**: três (3) documentos, Procuração Forense, DUC e comprovativo de pagamento da taxa de justiça devida pela constituição como assistente, duplicado e cópia.

**O Advogado**

LUÍS MIGUEL ANTUNES REIS
ADVOGADO
Cont. 207 246 556 - Céd. 13841L
Rua Castilho, 13-D - 3° A
1250-066 Lisboa
Tel. 213 566 710 *** Fax: 213 566 719



**M&A**

Sociedade de Advogados, SP, RL



### CERTIFICAÇÃO DE FOTOCÓPIAS

**Registo n.º 67711L / 87**

*(Nos termos do art. 38.º do Decreto-Lei 76-A/2006 de 29 de março e da Portaria 657-B/2006 de 29 de junho)*

Mariana Monteiro Palma, Advogada, com escritório sito na Rua Castilho, 13D – 3.º A - 1250-066 Lisboa, portadora da Cédula Profissional n.º 67711L, emitida pelo Conselho Regional de Lisboa, Contribuinte Fiscal n.º 273 067 265, **certifica**, nos termos do número 3 do artigo 1.º do Decreto-Lei 28/2000 de 13 de março, que a fotocópia anexa, extraída neste escritório e composta por 1 (uma) página, que rubricou e na qual após o selo branco desta Sociedade de Advogados, está conforme com o original que lhe foi exibido, relativo a uma Procuração Forense outorgada por Jean-Frédéric Paulsen, a favor do Sr. Dr. Luís Miguel Antunes Reis, Advogado, portador da Cédula Profissional n.º 13841L, com domicílio profissional na Rua Castilho, 13 D – 3.º A, 1250-066 - Lisboa, em 23 de julho de 2024.

Lisboa, 07 de agosto de 2024.

A Advogada

---

**MARIANA MONTEIRO PALMA**
**ADVOGADA**
Rua Castilho, 13D – 3.º A, 1250-066 Lisboa
Tel. 213 566 710        Fax: 213 566 719
NIF 273067265  Céd. Prof. 67711L
mariana.palma@malaw.pt

Custo: 0,00 Euros

M&A – Antunes Reis & Associados - Sociedade de Advogados, SP, RL
Rua Castilho, 13D – 3º A, 1250-066 Lisboa | Tel. (+351) 213 566 710 | Fax (+351) 213 566 719 | lawfirm@malaw.pt | www.malaw.pt

*19*

**JUDICIAL POWER OF ATTORNEY**

## PROCURAÇÃO FORENSE

**JEAN-FRÉDÉRIC PAULSEN**, de nacionalidade Georgiana, portador do Passaporte número 21AA33110, válido até 01/06/2032, emitido pelas autoridades competentes da Georgia, residente em 37 Viktor Jorbenadze St, Tbilisi, 0103 Geórgia, constitui seu bastante procurador o Senhor Dr. Luís Miguel Antunes Reis, Advogado, portador da cédula profissional nº 13841L, com escritório na Rua Castilho, 13D - 3º A, 1250-066 Lisboa, a quem confere, com os de substabelecer, uma ou mais vezes, os mais amplos poderes forenses em Direito permitidos, incluindo os poderes especiais para, em sua representação, apresentar participação criminal contra terceiros, nos termos e com o teor que entender mais conveniente, bem como representar o mandante em qualquer ato no âmbito do processo crime, deduzir acusação e pedido de indemnização civil, requerer a intervenção hierárquica ou a abertura de instrução, interpor recurso e praticar todos os demais atos que tenha por necessários e convenientes à defesa dos seus direitos e interesses, envolvendo um pedido de transferência bancária para uma conta no Banco Comercial Português, da qual o mandante não é titular.

**JEAN-FRÉDÉRIC PAULSEN**, of Georgian nationality, holder of the Passport number 21AA33110, valid thru 01/06/2032, issued by the competent authorities of Georgia, resident at 37 Viktor Jorbenadze St, Tbilisi, 0103 Georgia, hereby grants full Judicial Powers of Attorney in favor of Mr. Luis Miguel Antunes Reis, lawyer, holder of the professional card no. 13841L, with office at Rua Castilho, 13D - 3º A, 1250-066 Lisbon, to whom he grants, including the powers to delegate, one or more times, the fullest legally admissible judicial representation powers, as well as those necessary to, on his behalf, file any criminal claims against third parties, under the terms and with the contents he may deem as the most appropriate, as well as to represent the Grantor in any acts within the criminal proceedings, file any criminal charges and claims for damage, request any hierarchical interventions or the opening of the investigation, lodge any appeals and perform all the other acts he deems as necessary and suitable to safeguard the Grantor's rights and interests, involving a Bank transfer request to an account with Banco Comercial Português, of which the Grantor is not the holder.

23 de julho de 2024

23 July 2024

JEAN-FRÉDÉRIC PAULSEN

*1/1  HP*





## ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Mariana Monteiro Palma**
CÉDULA PROFISSIONAL: 67711L
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
    Certificação de fotocópias
IDENTIFICAÇÃO DOS INTERESSADOS
    Jean-Frédéric Paulsen
    Passaporte nº. 21AA33110
OBSERVAÇÕES
    Certificação de fotocópia relativa a uma Procuração Forense outorgada por Jean-Frédéric
    Paulsen, a favor do Sr. Dr. Luís Miguel Antunes Reis, Advogado, portador da Cédula
    Profissional n.º 13841L, com domicílio profissional na Rua Castilho, 13 D ? 3.º
    A,1250-066- Lisboa, em 23 de julho de 2024.

EXECUTADO A: 2024-08-07 16:49
REGISTADO A: 2024-08-07 16:51
COM O Nº: 67711L/87

Poderá consultar este registo em http://oa.pt/atos
usando o código 47058875-402912

MARIANA MONTEIRO PALMA
ADVOGADA
u i au com 213 061 065 - Céd. 67711L
Rua Castilho, 13-D - 3ª A
1250-066 Lisboa
Tel. 213 566 710 *** Fax: 213 566 719


Acesso à Certidão Permanente  REPÚBLICA PORTUGUESA

*21*

Doc. 01 - Certidão Permanente

Certidão Permanente de Registo

Voltar  Sair



## Certidão Permanente
### Código de acesso: 2832-1683-4723

*A entrega deste código a qualquer entidade pública ou privada dispensa a apresentação de uma certidão em papel.(artº 75º, nº5 do Código do Registo Comercial)*

Matrícula

**NIPC:** 517818540
**Firma:** SEARCHPOTENTIAL - UNIPESSOAL LDA
**Natureza Jurídica:** SOCIEDADE POR QUOTAS
**Sede:** Rua Tierno Galvan, Amoreiras, Torre, 3, 4 40S
**Distrito:** Lisboa  **Concelho:** Lisboa  **Freguesia:** Campo de Ourique
1070 274 Lisboa
**Objecto:** Comércio por grosso de todo o tipo de produtos, atividade de trading, importação e exportação. A prestação de serviços de consultoria e assessoria no desenvolvimento, implementação e acompanhamento de estruturas empresariais, avaliação de negócios, empresas, qualquer tipo de bens, promoção e gestão dos mesmos e atividades conexas com as anteriormente citadas.
**Capital:** 1.000,00 Euros
**CAE Principal:** 46900-R3

**Data do Encerramento do Exercício:** 31 Dezembro
**Forma de Obrigar:** Com a intervenção de um gerente
**Órgãos Sociais/Liquidatário/Administrador ou Gestor Judicial:**

GERÊNCIA:

Nome: OMAR IMAD ABDUL-HAMID
NIF/NIPC: 321572556
Cargo: Gerente

**Entidade com os documentos integralmente depositados em suporte electrónico.**

Os elementos constantes da matrícula não dispensam a consulta das inscrições e respectivos averbamentos e anotações porquanto são estes que definem a situação jurídica da entidade.

Inscrições - Averbamentos - Anotações

Insc.1  AP. 61/20231026 13:16:00 UTC - CONSTITUIÇÃO DE SOCIEDADE, DESIGNAÇÃO DE MEMBRO(S) DE ÓRGÃO(S) SOCIAL(AIS)

FIRMA: SEARCHPOTENTIAL - UNIPESSOAL LDA
NIPC: 517818540
NATUREZA JURÍDICA: SOCIEDADE POR QUOTAS
SEDE: Rua Tierno Galvan, Amoreiras, Torre, 3, 4 40S
Distrito: Lisboa Concelho: Lisboa Freguesia: Campo de Ourique
1070 · 274 Lisboa
OBJECTO: Comércio por grosso de todo o tipo de produtos, atividade de trading, importação e exportação. A prestação de serviços de consultoria e assessoria no desenvolvimento, implementação e acompanhamento de estruturas empresariais, avaliação de negócios, empresas, qualquer tipo de bens, promoção e gestão dos mesmos e atividades conexas com as anteriormente citadas.
CAPITAL : 1.000,00 Euros
Data de Encerramento do Exercício : 31 Dezembro

SÓCIOS E QUOTAS:

QUOTA : 1.000,00 Euros

TITULAR: OMAR IMAD ABDUL-HAMID
NIF/NIPC: 321572556
Estado civil : Solteiro(a) maior
Residência/Sede: Rønningsvej 12, st. Tv, 2400 København NV, Copenhaga, Dinamarca

FORMA DE OBRIGAR/ÓRGÃOS SOCIAIS:

Forma de obrigar: Com a intervenção de um gerente

ORGÃO(S) DESIGNADO(S):

GERÊNCIA:

Nome/Firma: OMAR IMAD ABDUL-HAMID
NIF/NIPC: 321572556
Cargo: Gerente
Residência/Sede: Rønningsvej 12, st. Tv, 2400 København NV, Copenhaga, Dinamarca



Data da deliberação: 2023-10-26

\*\*\* O capital social será entregue nos cofres da sociedade até ao termo do primeiro exercício económico

Conservatória do Registo Comercial Coimbra
O(A) Oficial de Registos, Maria Lucinda da Silva Francisco Ferreira

**An. 1 - 20231106 - Publicado em http://publicacoes.mj.pt.**
Conservatória do Registo Comercial Coimbra
O(A) Oficial de Registos, Maria Lucinda da Silva Francisco Ferreira

Certidão permanente subscrita em 01-08-2024 e válida até 01-08-2025

Fim da Certidão

**Nota Importante:**
Não necessita de imprimir este documento. Pode dar o código de acesso a qualquer entidade pública ou privada, sempre que precise de apresentar uma certidão de registo comercial.

Voltar    Sair



23/02/24, 11:40       rcbe.justica.gov.pt/Consulta/ObterDeclaracao       23

Margarida Ventura Gomes      Aceder a Área Reservada    Sair

Doc. 02 - Declaração Beneficiário Efetivo

 JUSTIÇA.GOV.PT

# Registo Central do Beneficiário Efetivo

## Consulta Declaração

### Dados da entidade sujeita

**Firma ou denominação:**
SEARCHPOTENTIAL - UNIPESSOAL LDA

**Número de identificação fiscal:**
517818540

**País de residência ou sede:**
PORTUGAL

**Natureza jurídica:**
035

**CAE:**
46900

**Identificador único de entidades jurídicas:**
Não Disponível

**Morada:**
Tierno Galvan, Amoreiras, Torre, 1070-274

**Distrito:**
110659

**Concelho:**
110659

**Freguesia:**
110659

**Endereço eletrónico institucional:**
FMT@FMTAVARES.PT

### Dados Beneficiário

**Nome(s) próprio(s):**
OMAR IMAD

**Apelido:**
ABDUL-HAMID

**Data de nascimento:**
10/02/1994

**Nacionalidade(s):**
DINAMARCA;

**O BE é menor de idade?:**
Não

**O BE é maior acompanhado?:**
Não

**Fonte informação:**

REGISTO COMERCIAL

## Interesse Detido

**Beneficiário da entidade**

OMAR IMAD ABDUL-HAMID

**Detém propriedade ou controlo da entidade:**

Sim

**Tipo de ativos:**

Ações ou Quotas

**Percentagem no capital social:**

100 %

**Tipo de detenção:**

Propriedade

**Estrutura da detenção:**

Direta

**Detém direitos de voto:**

Não

**Exerce algum outro tipo de controlo direto ou indireto sobre a Entidade:**

Não

**Detém a direção de topo da Entidade:**

Não

< **Voltar**





Sociedade de Advogados, SP, RL

## CERTIFICAÇÃO DE TRADUÇÃO

### Registo n.º 56780C /518

*(Nos termos do art. 38º do Decreto-Lei 76-A/2006 de 29 de março e da Portaria 657-B/2006 de 29 de junho)*

Patricia Sofia Gonçalves, Advogada, com escritório sito na Rua Castilho, 13D – 3º A, 1250-066 Lisboa, portadora da Cédula Profissional n.º 56780C emitida pelo Conselho Distrital de Coimbra, Contribuinte Fiscal n.º 242349988, **certifica**, nos termos do número 1 do artigo 38º do Decreto-Lei 76-A/2006 de 29 de março que, nesta data, compareceu perante si, neste escritório, Mariana Monteiro Palma, solteira, natural da freguesia de Arroios, residente na Rua dos Escritores, n.º 7, 9.º - A, 2685-207, Portela de Sacavém, Loures, pessoa cuja identidade verificou pela exibição do Cartão do Cidadão n.º 15185025 9ZX2, válido até 18 de Agosto de 2026, a qual lhe apresentou a tradução de **língua inglesa para a língua portuguesa** de um documento referente a troca de comunicações via correio eletrónico, entre 16 e 19 de Fevereiro de 2024, tradução que com o original, juntos compostos por vinte (20) páginas que numerou e rubricou, constitui, com este certificado, um único documento. A tradutora declarou ainda, sob compromisso de honra, que a referida tradução foi por si feita e reproduz fiel e exactamente o documento que se encontra anexo, tradução essa pela qual declarou assumir inteira e completa responsabilidade.

Lisboa, 6 de Agosto de 2024.

A Advogada

A Tradutora

*Patricia Gonçalves*

*Mariana Palma*

PATRÍCIA SOFIA GONÇALVES
ADVOGADA
Rua Castilho, 13D – 3º A, 1250-066 Lisboa
Tel. 213 566 710      Fax: 213 566 719
NIF 242349988 Céd. Prof. 56780C
patricia.goncalves@malaw.pt

Custo: 0,00 Euros



jl@altaweb.ch

**De:** Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
**Enviado:** Segunda-Feira, 19 de fevereiro de 2024 00:48
**Para:** jl@altaweb.ch
**Assunto:** RE: Fraude de correio eletrónico

Obrigado por partilhar. Incrível. Parece-me que o e-mail mbev do Eric pode estar comprometido..

Com os meus cumprimentos,

JFP

Jean-Frédéric Paulsen

(+995) 59 99 72 776 (Geórgia)

jean-frederic@paulsen.ge

CONFIDENCIALIDADE. Esta mensagem de correio eletrónico e os seus anexos são confidenciais e podem também ser classificados. Se esta mensagem for recebida por engano, não divulgue o seu conteúdo, notifique o remetente por e-mail e apague esta mensagem e quaisquer anexos do seu sistema.

———Mensagem original———

**De:** jl@altaweb.ch <jl@altaweb.ch>
**Enviado:** sábado, 17 de fevereiro de 2024 12:03
**Para:** Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
**Assunto:** Fraude de correio eletrónico

Caro Jean-Frédéric,

Aqui estão todos os e-mails que recebi/enviei relacionados com a transação do empréstimo.

Por favor note que até ao seu e-mail que se encontra em anexo, tudo estava bem.

**De:** Eric Turner erictumer@mbev.com
**Enviado:** sexta, 16 de fevereiro de 2024 13:20
**Para:** jl@altaweb.ch; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
**Cc:** Ilona Kenkadze <ilona.kenkadze @paulsen-ge.com>
**Assunto:** FEDM / MDP

1

Caro Jan,

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.
Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Fernland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

## INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:

Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.
Com os meus cumprimentos,
Enc

Anexo: o contrato de empréstimo assinado

De: Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Enviada: sexta-feira, 16 de fevereiro de 2024 13:26
Para: Eric Turner <ericturner@mbev.com>, jl@altaweb.ch
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Assunto: Re: FEDM / MDP

Caros,

Apenas para notar que eu não gostaria de receber fundos em Portugal, mas sim na minha conta bancária georgiana diretamente.

Muito obrigado,

JFP

2

De: Eric Turner <ericturner@mbev.com>
Enviado: 16 de fevereiro de 2024 16:19
Para: jl@altaweb.ch <jl@altaweb.ch>; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Assunto: FEDM /MDP

Caro Jan,

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.
Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Femland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:

Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.
Com os meus cumprimentos,
Eric


De: Eric Turner <EricTurner@mbev.com>
Enviado: sexta-feira, 16 de fevereiro de 2024 13:27
Para: jl@altaweb.ch; Jean-Frederic Paulsen <Jean-Frederic@paulsen-ge.com>
Cc: Ilona Kenkadze <ilona.kenkadze @paulsen-ge.com>
Assunto: Re: FEDM / MDP

Caro Jan,

3

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.

Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Femland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:

Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor envie o aviso de transferência / SWIFT para a Ilona para rastreio.

Os meus cumprimentos,

Eric

---

De: Eric Turner <ericturner@mbev.com>
Enviado: 16 de fevereiro de 2024 12:19
Para: jl@altaweb.ch <jl@altaweb.ch>; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Iona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Assunto: FEDM/ MDP

Caro Jan,

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.

Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Femland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:

Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

4

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.

Com os meus cumprimentos,

Eric

Anexo: o contrato de empréstimo assinado

De: Jean-Frederic Paulsen <jean-frederic@paulsen-ge.com>
Enviado: sexta-feira, 16 de fevereiro de 2024 13:30
Para: Eric Turner <EricTurner@mbev.com>; jl@altaweb.ch
Cc: Ilona Kenkadze <ilona.kenkadze @paulsen-ge.com>
Assunto: Re: FEDM / MDP

Caros,

Só para informar que gostaria de receber fundos na minha conta. Anexei novamente os meus dados.

Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Muito obrigado,
JFP

Em Sex, fev. 16, 2024 às 4:26 Eric Turner <EricTurner@mbev.com> escreveu:

Caro Jan,

5

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.

Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Femland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:

Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.

Com os meus cumprimentos,

Eric

---

De: Eric Turner <ericturner@mbev.com>
Enviado: 16 de fevereiro de 2024 12:19
Para: jl@altaweb.ch <jl@altaweb.ch>; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Assunto: FEDM / MDP

Caro Jan,

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.

Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Femland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:
Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

$32$

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.
Com os meus cumprimentos,
Eric

Anexo: informação sobre a "tua" conta em Portugal

De: Eric Turner <EricTurner@mbev.com>
Enviado: sexta-feira, 16 de fevereiro de 2024 13:36
Para: Jean-Frederic Paulsen <Jean-Frederic@paulsen-ge.com>; jl@allaweb.ch
Cc: ilona.kenkadze@paulsen-ge.com
Assunto: Fw: FEDM / MDP

Caro Jan,
Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.
Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Fernland Holdings Ltd (conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:

Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a Ilona para rastreio.

7

Com os meus cumprimentos,
Eric

De: jl@altaweb.ch <jl@altaweb.ch>
Enviado: sábado, 17 de fevereiro de 2024 06:51
Para: 'Eric Turner' <EricTurner@mbev.com>
Cc: jean-frederic@paulsen.ge; 'ilona.kenkadze@paulsen-ge.com <ilona.kenkadze@paulsen-ge.com>
Assunto: RE: FEDM/ MDP

Caro Eric,

Os fundos foram recebidos na conta Fernland no ZKB.

A transferência para a conta bancária do JFP em Portugal é efetuada com data-valor de segunda-feira, 19.2.

Enviarei a confirmação do pagamento assim que a transferência for efetuada.

Com os meus cumprimentos,
Jan

Jan Liljequist
E-mail: jl@altaweb.ch
Telemóvel: +41(0)79 400 51 76
Direto: +41(0)44 501 55 92

altaweb AG, Binzmühlestrasse 80, CH-8050 Zurique, Suíça
Telemóvel: +41(0)44 501 55 90, Fax: +41(0)44 501 55 91, e-mail: info@altaweb.ch

Este e-mail pode conter informações confidenciais ou legalmente protegidas pertencentes à altaweb AG. Se não for o destinatário correto ou não for responsável pela entrega da mensagem a essa pessoa ou se tiver recebido este e-mail por engano, por favor notifique imediatamente o remetente e apague este e-mail. É proibida qualquer cópia ou distribuição não autorizada desta mensagem de e-mail. As opiniões expressas nesta mensagem são da responsabilidade do seu remetente, exceto se a mensagem indicar o contrário.

De: Eric Turner <EricTurner@mbev.com>

8

Enviada: Sexta-Feira, 16 fevereiro 2024 13:36
Para: Jean-Frederic Paulsen <Jean-Frederic@paulsen-ge.com>; jl@altaweb.ch
Cc: ilona.kenkadze@paulsen-ge.com
Assunto: Fw: FEDM / MDP

Caro Jan,

Recebi agora os dois conjuntos de contratos de empréstimo assinados e enviarei um conjunto
completo a cada um de vós (cópia digitalizada em anexo) para vosso arquivo.
Também transferi € 1.500.000 da The Paulsen Familiae Foundation para a Fernland Holdings Ltd
(conta ZKB) e peço que o Jan transfira esses fundos para Jean-Frederic o mais rapidamente
possível para a seguinte conta bancária:

INSTRUÇÕES DE TRANSFERÊNCIA BANCÁRIA EM EURO:
Nome do beneficiário: PAULSEN JEAN-FREDERIC NOME DO BANCO: BANCO COMERCIAL
PORTUGUES (MILLENIUM BCP) ENDEREÇO DO BANCO: AV DE MOSCAVIDE 44, 1885 062
MOSCAVIDE PORTUGAL

SWIFT: BCOMPTPLXXX

ENDEREÇO DO BENEFICIÁRIO: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC
SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL
IBAN EUR: PT50003300004572073844405

Assim que a transferência for efetuada, por favor enviar o aviso de transferência / SWIFT para a
Ilona para rastreio.
Com os meus cumprimentos,
Eric

De: Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Enviado: Sábado, 17 de fevereiro de 2024 09:45
Para: jl@altaweb.ch; "Eric Turner" <EricTurner@mbev.com>
Cc: ilona.kenkadze@paulsen-ge.com
Assunto: Re: FEDM /MDP

Caros,
Eu não tenho uma conta portuguesa (que eu saiba…) JFP

9

Jan Liljequist
E-mail: jl@altaweb.ch
Telemóvel: +41(0)79 400 51 76
Direto: +41(0)44 501 55 92

altaweb AG, Binzmühlestrasse 80, CH-8050 Zurique, Suíça
Telemóvel: +41(0)44 501 55 90, Fax: +41(0)44 501 55 91, e-mail: info@altaweb.ch

Este e-mail pode conter informações confidenciais ou legalmente protegidas pertencentes à altaweb AG. Se não for o destinatário correto ou não for responsável pela entrega da mensagem a essa pessoa ou se tiver recebido este e-mail por engano, por favor notifique imediatamente o remetente e apague este e-mail. É proibida qualquer cópia ou distribuição não autorizada desta mensagem de e-mail. As opiniões expressas nesta mensagem são da responsabilidade do seu remetente, exceto se a mensagem indicar o contrário.

A TRADUTORA

*Marcia Hart PL*

10

jl@altaweb.ch

| | |
|---|---|
| **From:** | Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge> |
| **Sent:** | Monday, 19 February 2024 00:48 |
| **To:** | jl@altaweb.ch |
| **Subject:** | RE: Mail fraud |

Thank you for sharing. Incredible. It looks to me as Eric's mbev email may be compromised..

Kind Regards,

JFP

Jean-Frédéric Paulsen
(+995) 59 99 72 776 (Georgia)
jean-frederic@paulsen.ge

CONFIDENTIALITY. This email and any attachments are confidential and may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email and any attachments from your system.

-----Original Message-----
From: jl@altaweb.ch <jl@altaweb.ch>
Sent: Saturday, February 17, 2024 12:03 PM
To: Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Subject: Mail fraud

Dear Jean-Frédéric,

Here are all mails that I received/sent in connection with the loan transaction.

Please note that until your mail which is attached all was OK.

From: Eric Turner <ericturner@mbev.com>
Sent: Friday, 16 February 2024 13:20
To: jl@altaweb.ch; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Subject: FEDM / MDP

1

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary Name : PAULSEN JEAN-FREDERIC BANK NAME : BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS : AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT : BCOMPTPLXXX

BENEFICIARY ADDRESS :  AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR : PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric

Attachment: the signed loan agreement

From: Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Sent: Friday, 16 February 2024 13:26
To: Eric Turner <ericturner@mbev.com>; jl@altaweb.ch
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Subject: Re: FEDM / MDP

Dear both,
Just to note that I would not like to receive funds in Portugal but rather in my georgian bank account directly.
Many thanks,
JFP

From: Eric Turner <ericturner@mbev.com>
Sent: 16 February 2024 16:19
To: jl@altaweb.ch <jl@altaweb.ch>; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Subject: FEDM / MDP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to
each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from The Paulsen Familiae Foundation to Fernland
Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-
Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary Name : PAULSEN JEAN-FREDERIC BANK NAME : BANCO COMERCIAL
PORTUGUES (MILLENIUM BCP) BANK ADDRESS : AV DE MOSCAVIDE 44, 1885 062
MOSCAVIDE PORTUGAL

SWIFT : BCOMPTPLXXX

BENEFICIARY ADDRESS : AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2
VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR : PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for
tracking.
Very Kind Regards
Eric

From: Eric Turner <EricTurner@mbev.com>
Sent: Friday, 16 February 2024 13:27
To: jl@altaweb.ch; Jean-Frederic Paulsen <Jean-Frederic@paulsen-ge.com>
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Subject: Re: FEDM / MDP

Dear Jan,

3

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary Name : PAULSEN JEAN-FREDERIC BANK NAME : BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS : AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT : BCOMPTPLXXX

BENEFICIARY ADDRESS : AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR : PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric

From: Eric Turner <ericturner@mbev.com>
Sent: 16 February 2024 12:19
To: jl@altaweb.ch <jl@altaweb.ch>; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Subject: FEDM / MDP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary Name : PAULSEN JEAN-FREDERIC BANK NAME : BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS : AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT : BCOMPTPLXXX

BENEFICIARY ADDRESS : AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2
VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR : PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for
tracking.
Very Kind Regards
Eric

Attachment: the signed loan agreement

From: Jean-Frederic Paulsen <jean-frederic@paulsen-ge.com>
Sent: Friday, 16 February 2024 13:30
To: Eric Turner <EricTurner@mbev.com>; jl@altaweb.ch
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Subject: Re: FEDM / MDP

Dear both,
Just to note that I would like to receive funds on my account. I have attached my details
again.

Beneficiary Name : PAULSEN JEAN-FREDERIC BANK NAME : BANCO COMERCIAL
PORTUGUES (MILLENIUM BCP) BANK ADDRESS : AV DE MOSCAVIDE 44, 1885 062
MOSCAVIDE PORTUGAL

SWIFT : BCOMPTPLXXX

BENEFICIARY ADDRESS : AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2
VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR : PT50003300004572073844405

Many thanks,
JFP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.

I have also transferred € 1,500,000 from The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary Name : PAULSEN JEAN-FREDERIC BANK NAME :  BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS : AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT : BCOMPTPLXXX

BENEFICIARY ADDRESS :  AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR : PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric

From: Eric Turner <ericturner@mbev.com>
Sent: 16 February 2024 12:19
To: jl@altaweb.ch <jl@altaweb.ch>; Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Cc: Ilona Kenkadze <ilona.kenkadze@paulsen-ge.com>
Subject: FEDM / MDP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.

I have also transferred € 1,500,000 from The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary Name : PAULSEN JEAN-FREDERIC BANK NAME :  BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS : AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT : BCOMPTPLXXX

6

BENEFICIARY ADDRESS : AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2
VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR : PT50003300004S72073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for
tracking.
Very Kind Regards
Eric

Attachment: information on 'your' bank account in Portugal

From: Eric Turner <EricTurner@mbev.com>
Sent: Friday, 16 February 2024 13:36
To: Jean-Frederic Paulsen <Jean-Frederic@paulsen-ge.com>; jl@altaweb.ch
Cc: ilona.kenkadze@paulsen-ge.com
Subject: Fw: FEDM / MDP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to
each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from The Paulsen Familiae Foundation to Fernland
Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-
Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary Name : PAULSEN JEAN-FREDERIC BANK NAME : BANCO COMERCIAL
PORTUGUES (MILLENIUM BCP) BANK ADDRESS : AV DE MOSCAVIDE 44, 1885 062
MOSCAVIDE PORTUGAL

SWIFT : BCOMPTPLXXX

BENEFICIARY ADDRESS : AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2
VALENCA FREGUSIA DE VALENCA PORTUGAL

IBAN EUR : PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for
tracking.

7

18  43

Very Kind Regards
Eric

From: jl@altaweb.ch <jl@altaweb.ch>
Sent: Saturday, 17 February 2024 06:51
To: 'Eric Turner' <EricTurner@mbev.com>
Cc: jean-frederic@paulsen.ge; 'ilona.kenkadze@paulsen-ge.com'
<ilona.kenkadze@paulsen-ge.com>
Subject: RE: FEDM / MDP

Dear Eric,

The funds have ben received on the Fernland account at ZKB.

The transfer to the bank account of JFP in Portugal is with value date on Monday, 19.2.

I'll send the payment confirmation as soon as the transfer has been executed.

Kind regards.
Jan
................................

Jan Liljequist
E-mail: jl@altaweb.ch
Mobile: +41(0)79 400 51 76
Direct: +41(0)44 501 55 92
................................

altaweb AG, Binzmühlestrasse 80, CH-8050 Zürich, Switzerland
Phone: +41(0)44 501 55 90, Fax:+41(0)44 501 55 91, e-mail:info@altaweb.ch
................................

................................

This e-mail may contain confidential or legally protected information belonging to altaweb
AG. If you are not the correct addressee or not responsible for the delivery of the message
to such person or have received this e-mail in error, please notify the sender immediately
and delete this e-mail. Any unauthorized copying or distribution of this e-mail is forbidden.
Any views expressed in this message are those of the individual sender, except where the
message states otherwise.
................................

................................

From: Eric Turner <EricTurner@mbev.com>

Sent: Friday, 16 February 2024 13:36
To: Jean-Frederic Paulsen <Jean-Frederic@paulsen-ge.com>; jl@altaweb.ch
Cc: ilona.kenkadze@paulsen-ge.com
Subject: Fw: FEDM / MDP

Dear Jan,

I have now received both sets of signed loan agreements and will send one complete set to each of you (scanned copy attached) for your records.
I have also transferred € 1,500,000 from The Paulsen Familiae Foundation to Fernland Holdings Ltd (ZKB account) and kindly ask Jan to transfer these funds onwards to Jean-Frederic at his earliest possibility to the following bank account:

BANK TRANSFER INSTRUCTIONS IN EURO:
Beneficiary Name : PAULSEN JEAN-FREDERIC BANK NAME : BANCO COMERCIAL PORTUGUES (MILLENIUM BCP) BANK ADDRESS : AV DE MOSCAVIDE 44, 1885 062 MOSCAVIDE PORTUGAL

SWIFT : BCOMPTPLXXX

BENEFICIARY ADDRESS
: AVE COLEGIO PORTUGUES EDIF LUSO GALAICO BLOC SUL RCH 2 VALENCA FREGUSIA DE VALENCA PORTUGAL
IBAN EUR : PT50003300004572073844405

Once the transfer has been made, please send the transfer / SWIFT advice to Ilona for tracking.
Very Kind Regards
Eric


From: Jean-Frederic Paulsen <Jean-Frederic@paulsen.ge>
Sent: Saturday, 17 February 2024 09:45
To: jl@altaweb.ch; 'Eric Turner' <EricTurner@mbev.com>
Cc: ilona.kenkadze@paulsen-ge.com
Subject: Re: FEDM / MDP

Dear both,
I do not have a portuguese account (to my knowledge...) JFP

Jan Liljequist
E-mail: jl@altaweb.ch
Mobile: +41(0)79 400 51 76
Direct: +41(0)44 501 55 92

altaweb AG, Binzmühlestrasse 80, CH-8050 Zurich, Switzerland
Phone: +41(0)44 501 55 90, Fax:+41(0)44 501 55 91, e-mail:info@altaweb.ch

This e-mail may contain confidential or legally protected information belonging to altaweb AG. If you are not the correct addressee or not responsible for the delivery of the message to such person or have received this e-mail in error, please notify the sender immediately and delete this e-mail. Any unauthorized copying or distribution of this e-mail is forbidden. Any views expressed in this message are those of the individual sender, except where the message states otherwise.